IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Snik LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Samsung Electronics Co., Ltd.; and<br>Samsung Electronics America, Inc.,<br><br>　　　　　　Defendants. | Civil Action No. 2:19-cv-00387-JRG |

## JOINT MOTION FOR ENTRY OF AGREED [PROPOSED] ORDER FOCUSING PATENT CLAIMS AND PRIOR ART TO REDUCE COSTS

Plaintiff Snik LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Joint Motion for Entry of Agreed [Proposed] Order Focusing Patent Claims and Prior Art to Reduce Costs.  Having agreed upon the terms included therein, the parties respectfully request the Court grant this Motion and enter the Proposed Order, attached as Exhibit A.

Dated:  April 13, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KYLE HARRIS LLP**

　　　　　　　　　　　　　　　　　　　　By:　　*/s/* John S. Kyle
　　　　　　　　　　　　　　　　　　　　　　　John S. Kyle
　　　　　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　　　　　California State Bar No. 199196
　　　　　　　　　　　　　　　　　　　　　　　450 B Street, Suite 1410
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA. 92101
　　　　　　　　　　　　　　　　　　　　　　　Email:　　　jkyle@klhipbiz.com
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　(619) 600-0644
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　 (619) 600-5144

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR SNIK LLC**

///

///

Dated: April 13, 2020

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/* Jin-Suk Park
Jin-Suk Park
jin.park@arnoldporter.com
Paul Margulies
paul.margulies@arnoldporter.com
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5555

**ARNOLD & PORTER KAYE SCHOLER LLP**

Ryan M. Nishimoto
Ryan.nishimoto@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

**GILLIAM & SMITH LLP**

Melissa Smith
Melissa@gillamsmithlaw.com
303 S. Washington Avenue
Marshall, TX 75670
Telephone:    (903) 934-8450
Facsimile:    (903) 934-9257

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of April, 2020.

*/s/* John S. Kyle
John S. Kyle