# EXHIBIT A

US009167329B2

(12) **United States Patent**    (10) **Patent No.:**    **US 9,167,329 B2**

Honeycutt      (45) **Date of Patent:**     **Oct. 20, 2015**

(54) **MAGNETIC EARPHONES HOLDER**

(71) Applicant: **Snik LLC**, Berkeley, CA (US)

(72) Inventor: **Rob Honeycutt**, Berkeley, CA (US)

(73) Assignee: **SNIK LLC**, Berkeley, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 45 days.

(21) Appl. No.: **13/734,871**

(22) Filed: **Jan. 4, 2013**

(65) **Prior Publication Data**

US 2013/0216085 A1     Aug. 22, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/601,722, filed on Feb. 22, 2012, provisional application No. 61/671,572, filed on Jul. 13, 2012, provisional application No. 61/712,136, filed on Oct. 10, 2012.

(51) **Int. Cl.**
     **H04R 25/00**     (2006.01)
     **H04R 1/10**     (2006.01)
     **H04R 1/02**     (2006.01)

(52) **U.S. Cl.**
     CPC .............. **H04R 1/1033** (2013.01); **H04R 1/028** (2013.01); **H04R 1/1016** (2013.01); *H04R 1/1041* (2013.01); *H04R 2201/023* (2013.01)

(58) **Field of Classification Search**
     CPC ........ H04R 1/105; H04R 1/10; H04R 5/0335; H04R 1/1066; H04R 2460/17; H04R 1/1033; H04R 2201/023; H04R 1/1041; H04M 1/6058; H04M 1/6066
     USPC ................ 381/378, 374, 379, 311, 334, 364; 379/441
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,392,729 A | 7/1968 | Lenoir |
| 3,753,201 A | 8/1973 | Ohman |
| 4,346,501 A | 8/1982 | Saiya |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1338231 A | 3/2002 |
| CN | 1890855 A | 1/2007 |

(Continued)

OTHER PUBLICATIONS

Declaration of Rob Honeycutt, executed on Oct. 7, 2010.

*Primary Examiner* — Curtis Kuntz
*Assistant Examiner* — Ryan Robinson
(74) *Attorney, Agent, or Firm* — Haverstock & Owens LLP

(57) **ABSTRACT**

An earphones holder is used to affix a headset to clothing and/or other items. The earphones holder comprises a magnet which removably couples with a magnetically attractable portion of a set of earphones. In some embodiments, the earphones holder further comprises an electronic device controller which controls the operation of an electronic device. The controller is configured to send a signal to an electronic device activation circuit which operates the electronic device based upon a coupling status of the earbuds with the one or more magnetically attractable surfaces of the earphones holder body. In some embodiments, the electronic device controller controls the operation of an electronic device. The controller is configured to send a signal to an electronic device activation circuit which operates the electronic in a manner dependent upon a signal from the holder body.

**55 Claims, 22 Drawing Sheets**



**US 9,167,329 B2**

Page 2

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,562,621 | A | 1/1986 | Takeshima et al. |
| 4,901,355 | A | 2/1990 | Moore |
| 5,499,927 | A | 3/1996 | Ohno et al. |
| 5,511,289 | A | 4/1996 | Melia |
| 5,511,292 | A | 4/1996 | Covi et al. |
| 5,671,508 | A | 9/1997 | Murai |
| 5,713,110 | A | 2/1998 | Covi et al. |
| D395,815 | S | 7/1998 | Walters et al. |
| 5,892,564 | A | 4/1999 | Rahn |
| 6,431,500 | B1 | 8/2002 | Jacobs et al. |
| 6,438,248 | B1* | 8/2002 | Kamimura et al. ......... 381/374 |
| 6,526,635 | B2 | 3/2003 | Nasu et al. |
| D479,978 | S | 9/2003 | Watabe et al. |
| D480,942 | S | 10/2003 | Ishida et al. |
| 6,801,140 | B2 | 10/2004 | Mantyjarvi et al. |
| 7,013,492 | B2* | 3/2006 | Hugh et al. .................. 2/243.1 |
| 7,317,809 | B2 | 1/2008 | Almqvist |
| 7,416,099 | B2 | 8/2008 | deLeon et al. |
| 7,436,974 | B2† | 10/2008 | Harper |
| 7,464,893 | B2 | 12/2008 | Spjut |
| 7,519,192 | B1 | 4/2009 | Laycock et al. |
| 7,559,123 | B1 | 7/2009 | Yang |
| 7,673,348 | B2 | 3/2010 | Williams |
| 7,903,826 | B2 | 3/2011 | Boersma |
| D636,756 | S | 4/2011 | Fahrendorff et al. |
| 8,086,288 | B2 | 12/2011 | Klein |
| 8,225,465 | B2 | 7/2012 | Honeycutt |
| 8,411,041 | B2* | 4/2013 | Lee et al. ...................... 345/173 |
| 8,498,679 | B2* | 7/2013 | Yu ............................... 455/575.2 |
| 2001/0046304 | A1 | 11/2001 | Rast |
| 2003/0074712 | A1 | 4/2003 | Liao |
| 2003/0224839 | A1* | 12/2003 | Takahashi et al. ......... 455/575.2 |
| 2004/0096079 | A1* | 5/2004 | Chang et al. ................. 381/374 |
| 2004/0107887 | A1 | 6/2004 | Kinkead |
| 2004/0204165 | A1* | 10/2004 | Huang ...................... 455/569.1 |
| 2004/0204208 | A1 | 10/2004 | Thompson |
| 2005/0248171 | A1 | 11/2005 | Guillez et al. |
| 2006/0059666 | A1 | 3/2006 | Senink |
| 2007/0086617 | A1 | 4/2007 | Loh |
| 2007/0127747 | A1 | 6/2007 | Doyle |
| 2007/0160249 | A1 | 7/2007 | LeGette et al. |
| 2007/0234523 | A1 | 10/2007 | Laks |
| 2007/0291974 | A1* | 12/2007 | Eisenbraun ................... 381/370 |
| 2008/0029288 | A1 | 2/2008 | Chen et al. |
| 2008/0107287 | A1 | 5/2008 | Beard |
| 2008/0123258 | A1 | 5/2008 | Singh |
| 2008/0130910 | A1* | 6/2008 | Jobling et al. ................. 381/74 |
| 2008/0240486 | A1 | 10/2008 | Garcia et al. |
| 2008/0289151 | A1 | 11/2008 | Chan |
| 2009/0178253 | A1 | 7/2009 | Yang |
| 2009/0196436 | A1† | 8/2009 | Westenbroek |
| 2009/0320247 | A1* | 12/2009 | Honeycutt ................... 24/122.6 |
| 2010/0022281 | A1 | 1/2010 | Cohen et al. |
| 2010/0159741 | A1* | 6/2010 | Rothbaum ................... 439/501 |
| 2010/0166207 | A1* | 7/2010 | Masuyama ................... 381/74 |
| 2010/0275418 | A1 | 11/2010 | Ingram |
| 2010/0276315 | A1 | 11/2010 | Corry |
| 2011/0162883 | A1 | 7/2011 | Groset et al. |
| 2012/0101819 | A1 | 4/2012 | Heiman et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 102007015828 A1 | 10/2008 |
| JP | 2002-330803 | 11/2002 |
| JP | 2004214996 | 7/2004 |
| JP | 2006336803 | 12/2006 |
| JP | 1305823 | 7/2007 |
| JP | 200855050 | 3/2008 |
| JP | 3141560 | 4/2008 |
| TW | M277220 A | 10/2005 |
| WO | 02080714 A1 | 10/2002 |
| WO | 03103255 A1 | 12/2003 |
| WO | 2004107887 A1 | 12/2004 |

* cited by examiner
† cited by third party



**Fig. 1**



Fig. 2B

Fig. 2A





**Fig. 4**



**Fig. 5A**

**Fig. 5B**



*500*

Fig. 5E

Fig. 5C

Fig. 5D



Fig. 5G

Fig. 5F



Fig. 6A

Fig. 6B



Fig. 6C

Fig. 6D



**Fig. 7A**

**Fig. 7B**



Fig. 8B

Fig. 8A

900



**Fig. 9**



1000

Fig. 10A

Fig. 10B



**Fig. 11**



**Fig. 12A**         **Fig. 12B**



<u>1300</u>

Fig. 13

Fig. 14



**Fig. 15**



**Fig. 16**



**Fig. 17**

**Fig. 18**



**Fig. 19A**



**Fig. 19E**



**Fig. 19B**          **Fig. 19C**



**Fig. 19D**



1965

1901

1950

**Fig. 20**



1927   1917

1930
1923

1960
1940

1921

1925

1913

1919

1907

1911

1913

**Fig. 21**



**Fig. 22**



**Fig. 23**



**Fig. 24**

US 9,167,329 B2

1

# MAGNETIC EARPHONES HOLDER

## RELATED APPLICATIONS

This Patent Application claims priority under 35 U.S.C. 119(e) to the U.S. provisional patent application, Application No. 61/601,722, filed on Feb. 22, 2012, and entitled "MAGNETIC EARPHONES HOLDER," the U.S. provisional patent application, Application No. 61/671,572, filed on Jul. 13, 2012, and entitled "MAGNETIC EARPHONES HOLDER," and the U.S. provisional patent application, Application No. 61/712,136, filed on Oct. 10, 2012, and entitled "MAGNETIC EARPHONES HOLDER." The U.S. provisional patent application, Application No. 61/601,722, filed on Feb. 22, 2012, and entitled "MAGNETIC EARPHONES HOLDER," the U.S. provisional patent application, Application No. 61/671,572, filed on Jul. 13, 2012, and entitled "MAGNETIC EARPHONES HOLDER," and the U.S. provisional patent application, Application No. 61/712, 136, filed on Oct. 10, 2012, and entitled "MAGNETIC EARPHONES HOLDER" are all also hereby incorporated by reference

## FIELD OF THE INVENTION

The present invention relates to earphone holders. More particularly, the present invention relates to a magnetic earphone holder used to hold a set of earphones.

## BACKGROUND OF THE INVENTION

Headset cords transmit signals from a source device, such as a music player or cell phone, to earphones being worn by a user. Although these cords are typically flexible and can be maneuvered out of the way by the user, such manipulation by the user can be inconvenient, and often inefficient, as the cords regularly find their way back into an undesired location. Additionally, if not secured when not being used the earphones often hang loose in an undesired and inconvenient location where they may be snagged or become tangled. Further, earphones are often moved back and forth from the ears of a user where they are transmitting a signal from the source device to the stored position as the user completes tasks and moves around.

## SUMMARY OF THE INVENTION

The present application is directed toward an earphones holder used to affix a headset to clothing and/or other items. Any set of earphones is able to be affixed, including a headset for an iPod, iPhone, or any other similar cell phone or MP3 or music player. The earphones holder comprises a magnet which removably couples with a magnetically attractable portion of a set of earphones or an added magnet feature built into or onto the earbud or cord or any feature of the earbud or cord. The magnet is able to be designed into or molded into a variety of items, including the handle of a zipper, a buckle, and an item that can be sewn to, pinned to, or clipped to clothing, bags and other items. In some embodiments, the earphones holder body further comprises an electronic device controller which controls the operation of an electronic device. The controller is configured to send a signal to an electronic device activation circuit which activates the electronic device when the earphones are decoupled from the one or more magnetically attractable surfaces of the earphones holder body and deactivates the electronic device when the earphones are coupled with the one or more magnetically

2

attractable surfaces of the earphones holder body. In further embodiments, the electronic device controller which controls the operation of an electronic device. Particularly, the controller is configured to send a signal to an electronic device activation circuit which operates the electronic in a manner dependent upon a signal from the holder body.

In one aspect, a system for holding a set of earphones comprises a holder body comprising one or more magnets and a set of earphones comprising a magnetically attractable surface for removably coupling with the one or more magnets. In some embodiments, the holder body is a closure mechanism that releasably couples a first portion of an article to a second portion of the article. In further embodiments, the holder body is one or more of snaps, a button, a releasable clip, zipper, and a hook and loop fastening system. In still further embodiments, the holder body is an accessory item comprising one or more of a necklace, a broach, a pair of earrings, a bracelet and a sunglass lanyard. In some embodiments, the magnetically attractable surface is non-removable. In further embodiments, the magnetically attractable surface is removable. In some embodiments, the system further comprises one or more additional magnets. In some embodiments, the system further comprises one or more grooves for releasably holding a cord of the set of earphones. In some embodiments, the magnetically attractable surface is attached to the cord of the earphones.

In another aspect, an earphones holder comprises a holder body and one or more magnetically attractable surfaces. In some embodiments, the holder body comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry. In some embodiments, the one or more magnetically attractable surfaces comprises one or more magnets. In further embodiments, the one or more magnetically attractable surfaces are configured for removably coupling with a metal part of an earbud. In some embodiments, the one or more magnetically surfaces are built into or embedded within the body. In some embodiments, the holder body comprises one or more grooves for releasably holding a cord of a set of earphones.

In a further aspect, a method of securing a set of earphones comprises coupling a magnetically attractable surface to a set of earphones and coupling the magnetically attractable surface to a magnet coupled to an additional article in order to secure the earphones. In some embodiments, the additional article comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry. In further embodiments, the additional article is an accessory item comprising one or more of a necklace, a broach, a pair of earrings, a bracelet and a sunglass lanyard. In some embodiments, the one or more magnetically attractable surfaces comprises one or more magnets. In some embodiments, the one or more magnetically surfaces are built into or embedded within the additional article. In further embodiments, the additional article comprises one or more grooves for releasably holding a cord of a set of earphones.

An earphones holder comprises a holder body, one or more magnetically attractable surfaces attached to the holder body, an earbud engagement detector and an electronic device controller for controlling an electronic device coupled to the earphones. In some embodiments, a magnet of the earphones removably couples with the one or more magnetically attractable surfaces. In some embodiments, the magnetically attractable surface comprises one or more magnets and removably couples with a metal portion of the earphones. In further embodiments, the electronic device controller is configured to activate the electronic device when the earphones are decoupled from the holder body. In still further embodi-

**3**

ments, the electronic device controller is configured to deactivate the electronic device when the earphones are coupled with the holder body. In some embodiments, the earphones holder body comprises a mechanism for attaching the earphones holder to an additional article. In some of these embodiments, the mechanism is a clip. In some embodiments, the earphones holder body comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry. In some embodiments, the holder body comprises one or more recesses for removably coupling with a body of the earphones. In some embodiments, the earphones holder further comprises a groove for releasably receiving a cord of the set of headphones.

In another aspect, a system for holding a set of earphones comprises an earphones holder body comprising a groove for holding a headset cord, one or more magnetically attractable surfaces, an electronic device controller, an earbud engagement detector and a set of earphones comprising one or more magnets coupled to the earphones. In some embodiments, the one or more magnetically attractable surfaces comprise one or more magnets. In some embodiments, the electronic device controller is configured to activate and/or deactivate an electronic device by sending a signal to an electronic device activation circuit. In some embodiments, the electronic device controller sends a signal to the electronic device activation circuit to activate the electronic device when the earphones are decoupled from the one or more magnetically attractable surfaces of the earphones holder body. In further embodiments, the electronic device controller sends a signal to the electronic device activation circuit to deactivate the electronic device when the earphones are coupled with the one or more magnetically attractable surfaces of the earphones holder body. In some embodiments, the holder body further comprises a mechanism for attaching to an additional article. In some of these embodiments, the mechanism is a clip. In some embodiments, the holder body comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry. In further embodiments, the holder body comprises an accessory item comprising one or more of a necklace, a broach, a pair of earrings, a bracelet and a sunglass lanyard. In some embodiments, the holder body further comprises one or more recesses for removably coupling with a body of the earphones.

In a further aspect, a method of operating an electronic device comprises detecting an engagement status of an earbud, sending a signal to an electronic device based upon the engagement status of the earbud and operating the electronic device based upon the engagement status of the earbud. In some embodiments, the electronic device is activated. In further embodiments, the electronic device is deactivated.

A system for holding a set of earphones comprises a holder body, one or more magnetically attractable surfaces attached to the holder body for removably coupling with a set of earphones, a touch sensor, a touch sensor detector and an electronic device controller for controlling an electronic device. In some embodiments, the system wirelessly communicates with the electronic device. In some embodiments, the system further comprising an earbud engagement detector. In some embodiments, the touch sensor detector receives a signal from the touch sensor and sends a signal to the electronic device controller. In some of these embodiments, the touch sensor detector sends a signal to the electronic device controller that the touch sensor has been tapped, double-tapped, or swiped. Particularly, the electronic device controller sends a signal to an electronic device to operate the electronic device based upon the signal from the touch sensor detector.

**4**

In some embodiments, the touch sensor detector sends a signal to the electronic device to activate or deactivate the electronic device.

In another aspect, a earphones holder for communicating with an electronic device comprises an earphones holder body comprising a touch sensor and one or more magnetically attractable surfaces for removably coupling with a set of earphones, wherein the touch sensor controls an electronic device coupled to the earphones holder. In some embodiments, the set of earphones is coupled to an earphones jack of the earphones holder. In some embodiments, the electronic device is wirelessly coupled to the earphones holder. In further embodiments, the earphones holder comprises an earbud engagement detector. In some embodiments, the touch sensor is tapped, double-tapped, or swiped in order to control the electronic device. In some embodiments, the earphones holder further comprises an attachment mechanism for attaching to an additional article. In some of these embodiments, the attachment mechanism is a clip.

In another aspect, a method of operating an electronic device comprises touching a touch sensor located on an earphones holder body comprising one or more magnets for removably coupling with a set of earphones, sending a signal to a touch sensor detector and sending a signal to an electronic device based upon the signal sent to the touch sensor detector. In some embodiments, the touch sensor is tapped, double-tapped, or swiped. In some embodiments, the touch sensor detector receives a signal from the touch sensor and sends a signal to an electronic device controller. In further embodiments, the electronic device is operated by touching the touch sensor.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an embodiment of an earphones holder having a magnet built into the body of a zipper puller in accordance with the principles of the present invention.

FIGS. **2**A-B illustrate an embodiment of an earphones holder having a magnet built into the surface of a plastic shirt snap in accordance with the principles of the present invention.

FIGS. **3**A-**3**D illustrate an embodiment of an earphones holder having a magnet built into a body of an adornment in accordance with some embodiments.

FIG. **4** illustrates an embodiment of an earphones holder having a magnet built into a zipper puller in accordance with some embodiments.

FIGS. **5**A and **5**B illustrate an embodiment of an earphones holder having a magnet built into a body coupled with a sunglass lanyard in accordance with some embodiments.

FIGS. **5**C-**5**E illustrate an embodiment of an earphones holder having a magnet built into a body coupled with a pair of sunglasses in accordance with some embodiments.

FIGS. **5**F and **5**G illustrate an embodiment of an earphones holder having a magnet built into a body of a pair of sunglasses in accordance with some embodiments.

FIGS. **6**A and **6**B illustrate an embodiment of an earphones holder having a magnet built onto the front face of a side squeeze buckle used on bags and packs in accordance with the principles of the present invention.

FIGS. **6**C and **6**D illustrate an embodiment of an earphones holder having a magnet built into a releasable clip coupled to a sports helmet in accordance with some embodiments.

FIGS. **7**A and **7**B illustrate an embodiment of an earphones holder having a magnet built into a body in accordance with some embodiments.

5

FIGS. **8**A and **8**B illustrate an embodiment of an earphones holder having a magnet built into a piece of jewelry in accordance with some embodiments.

FIG. **9** illustrates an embodiment of an earphones holder having a magnet built into an identifying surface in accordance with some embodiments.

FIG. **10**A illustrates an embodiment of an earphones holder having a magnet and a groove built into a zipper puller in accordance with some embodiments.

FIG. **10**B shows a close-up view of a magnetically attractable surface for removably coupling with a pair of earphones in accordance with some embodiments.

FIG. **11** illustrates a magnetic earphones and cord holding system in accordance with some embodiments.

FIGS. **12**A and **12**B illustrate a magnetic earphones and cord holding system in accordance with some embodiments.

FIG. **13** illustrates a schematic view showing the components of a magnetic earphones and cord holding system in accordance with some embodiments.

FIG. **14** illustrates a method of activating and/or deactivating an electronic device in accordance with some embodiments.

FIG. **15** illustrates a magnetic earphones holding system in accordance with some embodiments.

FIG. **16** illustrates a magnetic earphones holding system in accordance with some embodiments.

FIG. **17** illustrates a magnetic earphones holding system in accordance with some embodiments.

FIG. **18** illustrates a magnetic earphones holding system in accordance with some embodiments.

FIGS. **19**A-**19**E illustrate a magnetic earphones holding system in accordance with some embodiments.

FIG. **20** illustrates a magnetic earphones holding system in accordance with some embodiments.

FIG. **21** illustrates a block diagram of a magnetic earphones holding system in accordance with some embodiments.

FIG. **22** illustrates a magnetic earphones holding system in accordance with some embodiments.

FIG. **23** illustrates a schematic view showing the components of a magnetic earphones and cord holding system in accordance with some embodiments.

FIG. **24** illustrates a method of activating and/or deactivating an electronic device in accordance with some embodiments.

DETAILED DESCRIPTION OF THE INVENTION

The description below concerns several embodiments of the invention. The discussion references the illustrated preferred embodiment. However, the scope of the present invention is not limited to either the illustrated embodiment, nor is it limited to those discussed, to the contrary, the scope should be interpreted as broadly as possible based on the language of the Claims section of this document.

This disclosure provides several embodiments of the present invention. It is contemplated that any features from any embodiment can be combined with any features from any other embodiment. In this fashion, hybrid configurations of the illustrated embodiments are well within the scope of the present invention.

Referring now to FIG. **1**, a first embodiment of an earphones holder **100** is depicted therein. The earphones holder **100** comprises a magnet **110** embedded or molded into a body **115** of a zipper puller **150**. The zipper puller **150** is configured to be coupled to a bag or an item of clothing, such as a jacket or shirt. In some embodiments, the body **115** is configured to

6

act as a closure mechanism capable of releasably coupling a first portion of the bag or item of clothing to a second portion of the bag or article of clothing. For example, in some embodiments, the body **115** comprises a channel (not shown) formed in opposing sidewalls in order to receive and releasably couple together zipper tracks of the bag or item of clothing. In some embodiments, a puller **140** is coupled to the body **115** in order to facilitate the translation of the body **115** along the portions of the bag or item of clothing to which it is attached.

The magnet **110** is molded or otherwise built into the body **115**. In some embodiments, the magnet **110** is encased or embedded within a plastic over mold which surrounds the puller **140**. In some embodiments, one or more additional magnets are coupled with the body **115**. The magnet **110** is configured to receive and releasably secure a set of earphones **175**. As shown in FIG. **1**, in some embodiments, the magnet **110** removably couples with the magnetically attractable parts of an earbud of the earphones **175**. In some embodiments, the earphones **175** and/or the cord **165** comprises a magnet or magnetically attractable surface, which removably couples with the magnet **110**. The earphones holder **100** holds a set of earphones **175** connected to the user's Ipod or other electronic device.

FIGS. **2**A-B illustrate an embodiment of an earphones holder **200** with a magnet molded into the surface of a plastic or metal snap fastener in accordance with further embodiments. It is contemplated that the snap fastener is capable of being used on a shirt **260**, as shown in FIG. **2**B, or on another item of clothing or a bag.

The shirt snap comprises a male snap **235** and a female snap **245** that are configured to releasably couple to one another. For example, in some embodiments, the male snap **235** comprises a stud **240** that is configured to fit securely into an aperture in the female snap **245**. The perimeter of the aperture is defined by the inner circumference of the socket lip **250** and the base **255** of the female snap **245**. In some embodiments, the socket lip **250** extends farther towards the aperture than the base **255**, and the end of the stud **240** has a larger diameter than the base of the stud **240**. In this configuration, the end of the stud **240**, when inserted into the aperture, snaps into place, and is secured from accidental removal by the socket lip **250**.

The shirt snap comprises a magnet **210**. In some embodiments, the magnet **210** is embedded within the male snap **235** or the female snap **235**. In other embodiments, the magnet **210** is a distinct component that is attached to the male snap **235** or the female snap **245**. For example, FIG. **2**A shows an exploded view of the headset holder **200** with the magnet **210** separated from the male snap **235**. The magnet **210** comprises a body **215** that fits securely into an aperture in the male snap **235**. In some embodiments, the magnet **210** (as a part of the snap fastener) is configured to act as a closure mechanism capable of releasably coupling a first portion of an item of clothing or a bag to a second portion of the article of clothing or bag.

The magnet **210** is molded or otherwise built into the body **215**. The magnet **210** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **210** removably couples with the magnetically attractable parts of the earphones **275** (FIG. **2**B). In some embodiments, the earphones **275** and/or the cord **265** comprises a magnet or magnetically attractable surface, which removably couples with the magnet **210**. FIG. **2**B shows the headset holder **200** in use as a shirt snap fastener on a user's shirt **260**. The earphones holder **200** holds a set of earphones **275** connected to the user's Ipod **270**.

FIGS. **3**A-D illustrate earphone holders **300** and **305** having a magnet **310** molded into an adornment in accordance with some embodiments. In some embodiments, the adornment is an ornamental accessory having an aesthetic characteristic unrelated to its functional structure, such as the star shape in FIGS. **3**A-B and the moon shape in FIGS. **3**C-D. The buttons and zippers shown in the previous figures would not constitute an adornment since they do not have an aesthetic characteristic that is unrelated to their functional structure. However, if they were modified to have a certain aesthetic shape that was completely unrelated to their functionality, then they could be considered an adornment.

The adornment comprises a body **315** that is configured to be releasably secured to a bag or an article of clothing, such as shirt **360**. In some embodiments, the body **315** comprises a pin **335** extending from its base. The pin **335** is configured to penetrate the bag or item of clothing. In some embodiments, one or more flanges **340** are disposed proximate the end of the pin **335** to facilitate the attachment of the adornment to the bag or article of clothing. In some embodiments, a clasp **345** having releases **350** is provided along with the adornment in order to provide a secure attachment of the adornment to the bag or article of clothing.

The magnet **310** is molded or otherwise built into the body **315**. The magnet **310** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **310** removably couples with the magnetically attractable parts of the earphones **375** (FIG. **3**B). In some embodiments, the earphones **375** and/or the cord **365** comprises a magnet or magnetically attractable surface, which removably couples with the magnet **310**. FIG. **3**A shows the headset holder **300** attached to a user's shirt **360**. The earphones holder **300** holds a set of earphones **375** connected to the user's Ipod **370**.

Although FIG. **3**D illustrates the body using a pin for attachment, it is contemplated that the body can employ other means for releasably securing itself to a bag or an article of clothing. For example, in some embodiments the body utilizes a magnetic attachment in accordance with the principles of the present invention.

FIG. **4** illustrates an embodiment of an earphones holder **400** having a magnet molded into a body configured to be coupled to a zipper head in accordance with further embodiments.

As shown in FIG. **4**, the body **415** is coupled to the zipper head **450**. The earphones holder **400** comprises a puller **440** which is coupled to the body **415**. As shown in FIG. **4**, in some embodiments, the puller **440** is a cord which passes through the center of the body **415**. In some embodiments the puller **440** is a cord which couples the body **415** with an opening **480**. In some embodiments the body **415** comprises one or more of wood, glass, and metal.

The body **415** comprises a magnet **410**. In some embodiments, the magnet **410** is embedded within the body **415**. In other embodiments, the magnet **410** is a distinct component that is attached to the body **415**. As shown within FIG. **4**, the magnet **410** is molded or otherwise built into the body **415**. The magnet **410** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **410** removably couples with the magnetically attractable parts of the earphones **475**. In some embodiments, as shown in FIG. **4**, the earphones **475** also comprise a magnet or magnetically attractable surface **425**, which removably couples with the magnet **410**. In these embodiments, the magnet or magnetically attractable surface **425** is able to be a component of the earphones **475** or the headset cord **465**. In some embodiments, the magnet or magnetically attractable surface **425** is slidable along the earphones **475** or the headset cord **465**.

However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface **425** is able to be fixedly or removably connected to the earphones **475** or the headset cord **465**. As also shown in FIG. **4**, in some embodiments, the earphones holder **400** comprises one or more additional magnets **410'**. In some embodiments, a user is able to removably couple each side of the headset cord **465** or the earphones **475** with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord **465** or earphones **475** with only one of the magnets.

FIGS. **5**A-5E illustrate an earphone holder **500** in accordance with further embodiments. As shown in FIGS. **5**A and **5**B, in some embodiments, the earphone holder **500** comprises a body **515** having a magnet **510** molded into it. The body **515** is configured to be coupled to a lanyard for sun or prescription glasses. In some embodiments, the lanyard **570** passes through an opening **580** within the body **515**. However, the body **515** is able to couple with the lanyard through a clip or any other mechanism as known in the art. As shown in FIGS. **5**A and **5**B, each side of the lanyard comprises a body **515** of a headset cord holder **500**. However, in some embodiments, the earphone holder **500** is only coupled to one side of the lanyard **570**. In some embodiments, the body **515** of the earphone holder **500** comprises one or more of molded plastic, hard plastic, foam and rubber. In some embodiments, the body **510** of the headset cord holder comprises one or more of wood, glass, and metal.

As shown in FIGS. **5**C-5E, in some embodiments the body **515'** and the body **515''** is configured to be removably coupled with a glasses frame **501**. In some embodiments, an opening **580** within the body **515'** and the body **515''** is slid onto an ear piece **503** of the glasses frame **501**. Accordingly, a user is able to slide the body **515'** and the body **515''** until a desired configuration along the ear piece **503** is found. As will be apparent to someone of ordinary skill in the art, the body **515'** and the body **515''** is able to couple with the glasses frame **501** by any mechanism as known in the art. For example, in some embodiments, the body **515'** and the body **515''** couples with the glasses frame **501** by one or more of a hook and loop fastening system and a clip. The glasses frame **501** is able to comprise sun and prescription glasses or a combination of the two. In some embodiments, the body **515'** and the body **515''** of the earphones holder comprises one or more of molded plastic, hard plastic, foam and rubber. In some embodiments, the body **515'** and the body **515''** of the earphones holder comprises one or more of wood, glass, and metal.

As shown in FIG. **5**D, in some embodiments, the magnet **510** is oriented vertically along the body **515'**. Alternatively, as shown within FIG. **5**E, in some embodiments, the magnet **510** is oriented horizontally along the body **515''**. In some embodiments, the body **515'** and **515''** comprises one or more additional magnets **510'**.

FIGS. **5**F and **5**G show an earphone holder comprising a body and a magnet within the body that directly receives and releasably secures a headset cord. In some embodiments, the magnet **510** is built into the glasses frame **501**.

As shown within FIGS. **5**F and **5**G, in some embodiments the magnet **510** is built into the top of an ear piece **503** of the glasses frame **501**. Alternatively, in some embodiments, as shown in FIGS. **5**F and **5**G, in some embodiments, the magnet **510** is built into a side of the earpiece **503** of the glasses frame **501**. In some embodiments, the magnet **510** is oriented vertically along the ear piece **503**. Alternatively, in some embodiments, the magnet **510** is oriented horizontally along the ear piece **503**. Particularly, the magnet **510** is able to be located at

US 9,167,329 B2

9

any position along the ear piece **503**. In some embodiments, the glasses frame **501** comprises one or more additional magnets.

As further shown within FIGS. **5**A-**5**G, the magnets are configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **510** removably couples with the magnetically attractable parts of the earphones **575**. In some embodiments, as shown in FIG. **5**G, the earphones **575** also comprises a magnet or magnetically attractable surface **525**, which removably couples with the magnet **510**. In these embodiments, the magnet or magnetically attractable surface **525** is able to be a component of the earphones **575** or the headset cord **565**. In some embodiments, the magnet or magnetically attractable surface **525** is slidable along the earphones **575** or the headset cord **565**. However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface **525** is able to be fixedly connected to the earphones **575** or the headset cord **565**. In some embodiments, a user is able to removably couple each side of the headset cord **565** or the earphones **575** with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord **565** or earphones **575** with only one of the magnets.

FIGS. **6**A-B illustrate one embodiment of an earphones holder **600** having a magnet molded onto the front face of a side squeeze buckle used on bags and packs in accordance with some embodiments. FIGS. **6**A and **6**B show a plan view and a side view of the cord holder **600**, respectively.

The side squeeze buckle comprises a female buckle end **615** coupled to a buckle strap or webbing **640** and a male buckle end **635** coupled to a buckle strap or webbing **645**. The female buckle end **615** is configured to receive and releasably hold the male buckle end **635**. In some embodiments, either the female buckle end **615** or the male buckle end **635** comprises a magnet **610**. In some embodiments, the magnet **610** protrudes from either the female buckle end **615**, as seen in FIGS. **6**A and **6**B, or the male buckle end **635**. In some embodiments, the magnet **610** does not protrude from the rest of the buckle end, but rather is flush with the rest of the buckle end. Additionally, in some embodiments, the magnet **610** is integrally formed with the buckle end, while in other embodiments, the body is a separate component that is attached to the buckle end. In some embodiments, the earphones holder **600** is configured to act as a closure mechanism capable of releasably coupling a first strap, and any item to which the first strap is attached, to a second strap, and any item to which the second strap is attached. For example, in some embodiments, the magnet is part of a female buckle end **615** that is coupled to a first portion of a bag via a strap **640**. The female buckle end **615** mates with a male buckle end **635**. The male buckle end **635** is coupled to a second portion of the bag via a strap **645**.

The magnet **610** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **610** removably couples with the magnetically attractable parts of the earphones. In some embodiments, the earphones also comprise a magnet or magnetically attractable surface, which removably couples with the magnet **610**. In these embodiments, the magnet or magnetically attractable surface is able to be a component of the earphones or the headset cord. In some embodiments, the magnet or magnetically attractable surface is slidable along the earphones or the headset cord. However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface is able to be fixedly connected to the earphones or the headset cord. In some embodiments, the earphones holder **600** comprises one or more additional magnets. In some embodiments, a user is able to removably couple each side of the headset cord **565** or the earphones **575** with a

10

is able to removably couple each side of the headset cord or the earphones with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord or earphones with only one of the magnets.

FIGS. **6**C and **6**D illustrate a headset cord holder **600** in accordance with yet further embodiments. As shown in FIGS. **6**C and **6**D, the headset cord holder **600** comprises a body having a magnet **610** molded into the front face of a releasable clip or side squeeze buckle as described in relation to FIGS. **6**A and **6**B. The releasable clip is configured to be attached to a sports helmet.

Each end of the releasable clip **615**, **635** is coupled by a strap **645**, **640** to a sports helmet. As shown in FIG. **6**D, the releasable clip is coupled to a bicycle helmet **660**. However, the releasable clip is able to be coupled to any sports helmet as known in the art. For example, in some embodiments the releasable clip is coupled to one or more of a skiing helmet, bicycle helmet, motorcycle helment or other sports helmet.

A magnet **610** is built or otherwise embedded within the releasable clip. The magnet **610** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **610** removably couples with the magnetically attractable parts of the earphones. In some embodiments, the earphones also comprises a magnet or magnetically attractable surface, which removably couples with the magnet **610**. The magnet **610** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **610** removably couples with the magnetically attractable parts of the earphones. In some embodiments, the earphones also comprise a magnet or magnetically attractable surface, which removably couples with the magnet **610**. In these embodiments, the magnet or magnetically attractable surface is able to be a component of the earphones or the headset cord. In some embodiments, the magnet or magnetically attractable surface is slidable along the earphones or the headset cord. However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface is able to be fixedly connected to the earphones or the headset cord. In some embodiments, the earphones holder **600** comprises one or more additional magnets. In some embodiments, a user is able removably couple each side of the headset cord or the earphones with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord or earphones with only one of the magnets.

FIGS. **7**A and **7**B illustrate a headset cord holder **700** in accordance with further embodiments.

As shown in FIGS. **7**A and **7**B, a body **715** comprising a magnet **710** is coupled to a sternum strap **720** of a backpack **705**. In some embodiments, the magnet **710** is coupled to an arm strap of a backpack **705**. However, the body **715** is able to couple to any portion of the backpack **705** as known in the art. In some embodiments, the body **715** removably couples with the sternum strap **715** of the backpack **705**. In some embodiments, the body **715** removably couples with the sternum strap **715** by one or more of a hook and loop fastening system and snaps. However, the body **715** is able to removably couple with the backpack **705** by any mechanism as known in the art. In some embodiments, the body **715** is able to additionally couple with one or more of a lumbar pack, a sports bag, and an arm band.

As shown within FIGS. **7**A and **7**B, the magnet **710** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **710** removably couples with the magnetically attractable parts of the earphones. In some embodiments, the earphones also comprises a magnet or magnetically attractable surface, which removably couples

**11**

with the magnet **710**. In these embodiments, the magnet or magnetically attractable surface is able to be a component of the earphones or the headset cord. In some embodiments, the magnet or magnetically attractable surface is slidable along the the earphones or the headset cord. However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface is able to be fixedly connected to the earphones or the headset cord. In some embodiments, the earphones holder **700** comprises one or more additional magnets. In some embodiments, a user is able to removably couple each side of the headset cord or the earphones with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord or earphones with only one of the magnets.

FIGS. **8**A and **8**B illustrate an earphones holder **800** in accordance with some embodiments. The headset cord holder **800** comprises a body **815** having a magnet **810** molded or built into the body which is a portion of a piece of jewelry **870**.

In some embodiments, the portion of jewelry is configured to be coupled to at least an additional article. For example, as shown in FIGS. **8**A and **8**B, the body **815** comprises a bead of jewelry **860** in a strand of beads comprising a necklace **870**. In some embodiments, the piece of jewelry is one or more of a broach, earrings, bracelet or sunglass lanyard. However, the body is able to be molded or built into any piece of jewelry as known in the art. Alternatively, in some embodiments one or more additional magnets are able to be molded in to the body or other portion of the piece of jewelry.

As shown within FIGS. **8**A and **8**B, the magnet **810** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **810** removably couples with the magnetically attractable parts of the earphones. In some embodiments, the earphones also comprises a magnet or magnetically attractable surface, which removably couples with the magnet **810**. In these embodiments, the magnet or magnetically attractable surface is able to be a component of the earphones or the headset cord. In some embodiments, the magnet or magnetically attractable surface is slidable along the earphones or the headset cord. However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface is able to be fixedly connected to the earphones or the headset cord. In some embodiments, the earphones holder **800** comprises one or more additional magnets. In some embodiments, a user is able to removably couple each side of the headset cord or the earphones with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord or earphones with only one of the magnets.

As described above, in FIGS. **8**A and **8**B, the body **815** comprises a bead of jewelry **860** in a strand of beads comprising a necklace **870**. In some embodiments, the piece of jewelry is one or more of a broach, earrings, bracelet or sunglass lanyard. However, the body is able to be molded or built into any piece of jewelry as known in the art. Alternatively, in some embodiments one or more additional magnets is able to be molded in to the body or other portion of the piece of jewelry.

FIG. **9** illustrates an embodiment of an earphones holder having a magnet built into an identifying surface in accordance with some embodiments.

The earphones holder **900** comprises a body **901** having a magnet **910** molded or built into the body **901** which is a portion of an identifying surface **960**. The body **901** is configured to be coupled to at least an additional article. In some embodiments, the body **901** comprises one or more of rubber, plastic and metal. The body **901** is configured to attach to an additional article by one or more of stitching, riveting, heat

**12**

pressing, adhesive attachment, or chemical method. In some embodiments, the body **901** comprises an additional surface **915** which attaches to the additional article.

The magnet **910** is configured to receive and releasably secure a set of earphones. In some embodiments, the magnet **910** removably couples with the magnetically attractable parts of the earphones. In some embodiments, the earphones also comprises a magnet or magnetically attractable surface, which removably couples with the magnet **910**. In these embodiments, the magnet or magnetically attractable surface is able to be a component of the earphones or the headset cord. In some embodiments, the magnet or magnetically attractable surface is slidable along the earphones or the headset cord. However, as will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface is able to be fixedly connected to the earphones or the headset cord. In some embodiments, the earphones holder **900** comprises one or more additional magnets. In some embodiments, a user is able to removably couple each side of the headset cord or the earphones with a corresponding magnet. Alternatively, in some embodiments, a user is able to couple both sides of the headset cord or earphones with only one of the magnets.

As described above, the body **901** comprises a portion of an identifying surface **960** and is configured to be coupled to an additional article. Particularly, the identifying surface is able to be coupled to an appropriate article as known in the art. For example, in some embodiments the identifying surface **960** is coupled to a bag or an item of clothing. Alternatively, in some embodiments, the identifying surface **960** is coupled to an accessory item such as a key chain or armband. In some embodiments one or more additional magnets is able to be molded into the body **901** or other portion of the identifying surface **960**.

As further shown in FIG. **9**, a groove **920** is molded or otherwise built into the body **901**. The groove **920** is configured to receive and releasably secure a headset cord. In some embodiments, the groove **920** is defined by a groove wall **930** that surrounds most of the groove **920**, leaving only an entry space **935** through which the cord can access the groove **920**. In some embodiments, the entry space **935** has a smaller diameter than the groove **920** and the cord, thereby securing the cord within the confines of the groove wall **930** and requiring a significant amount of force for its removal. In some embodiments, portions of the groove wall **930** are flexible so that as the cord is pushed through the entry space **935**, the cord is able to force the groove wall **930** out of its way and temporarily increase the diameter of the entry space **935** so that the cord can pass through the entry space **930** into the groove **920**. In some embodiments, the groove wall **930** is substantially rigid, thereby forcing the outer sleeve of the cord to constrict as it passes through the entry space **935** between the ends of the groove wall **930**.

By incorporating a magnet and a groove into the surface of the body **901** a user is able to releasably secure a headset cord in the groove **920** while utilizing the earphones and then magnetically secure the earphones to the body **901** when not in use.

FIG. **10**A illustrates an embodiment of an earphones holder having a magnet and a groove built into a zipper puller in accordance with some embodiments.

As shown in FIG. **10**A, the body **1001** is coupled to the zipper head **1050**. The earphones holder **1000** comprises a puller **1040** which is coupled to the body **1001**. In some embodiments, the puller **1040** is a cord which passes through the center of the body **1001**. In some embodiments, the puller **1040** is a cord which couples the body **1001** with an opening

US 9,167,329 B2

13

1080. In some embodiments, the body 1001 comprises one or more of wood, glass, and metal.

The body 1001 comprises a magnet 1010. In some embodiments, the magnet 1010 is embedded within the body 1001. In other embodiments, the magnet 1010 is a distinct component that is attached to the body 1001. As shown within FIG. 10A, the magnet 1010 is molded or otherwise built into the body 1001. The magnet 1010 is configured to receive and releasably secure a set of earphones 1075. In some embodiments, the magnet 1010 removably couples with the magnetically attractable parts of the earphones 1075. In some embodiments, as shown in FIG. 10A, the earphones 1075 comprise a magnet or magnetically attractable surface 1085 coupled to the earphones, which affixes the earbud to the magnet 1010 built into or embedded within the body 1001. In these embodiments, the magnet or magnetically attractable surface 1085 is able to be a component of the earphones 1075 or the headset cord 1065. In some embodiments, the magnet or magnetically attractable surface 1085 snaps or removably couples around the earphones 1075. In some embodiments, the magnet or magnetically attractable surface 1085 is slidable along the earphones 1075 or the headset cord 1065. As will be apparent to someone of ordinary skill in the art, the magnet or magnetically attractable surface 1085 is able to be fixedly or removably connected to the earphones 1075 or the headset cord 1065.

As also shown in FIG. 10A, a groove 1020 is molded or otherwise built into the body 1001. The groove 1020 is configured to receive and releasably secure the headset cord 1065. In some embodiments, the groove 1020 is defined by a groove wall 1030 that surrounds most of the groove 1020, leaving only an entry space through which the cord 1065 can access the groove 1020. In some embodiments, the entry space has a smaller diameter than the groove 1020 and the cord 1065, thereby securing the cord within the confines of the groove wall 1030 and requiring a significant amount of force for its removal. In some embodiments, portions of the groove wall 1030 are flexible so that as the cord is pushed through the entry space, the cord is able to force the groove wall 1030 out of its way and temporarily increase the diameter of the entry space so that the cord can pass through the entry space into the groove 1020. In some embodiments, the groove wall 1030 is substantially rigid, thereby forcing the outer sleeve of the cord to constrict as it passes through the entry space between the ends of the groove wall 1030.

FIG. 10B shows a close-up view of the magnetically attractable surface 1085, in accordance with some embodiments. The magnetically attractable surface 1085 removably couples with the earphones 1075 or the headset cord 1065 in order to removably couple the earphones with the magnet 1010 as described above. As shown within FIG. 10B, the magnetically attractable surface 1085 comprises a substantially circular body that fits around the earphones 1075. In some embodiments, the magnetically attractable surface 1085 is stretchable and stretches to fit over the earphones 1075. In some embodiments, the magnetically attractable surface 1085 comprises a hinge or coupler 1087 which enables the magnetically attractable surface 1085 to be opened and coupled around the earphones 1075. In some embodiments, the magnetically attractable surface 1085 is able to be opened at coupler 1087 and then placed around the earphones 1075 and snap fit back into place. In some embodiments, the magnetically attractable surface 1085 comprises two pieces which are separated in order to removably couple the magnetically attractable surface 1085 with the earphones 1075. Particularly, the magnetically attractable surface 1085 is able to removably couple with the earphones 1075 by any

14

appropriate mechanism as known in the art. Additionally, although the magnetically attractable surface 1085 is shown with a circular body, the magnetically attractable surface is able to comprise any appropriate shape for coupling with the earphones 1075.

In some embodiments, a user is able to place the headset cord 1065 within the groove 1020 and then removably couple the magnet or magnetically attractable surface 1085 of the earphones 1075 with the magnet 1010.

In some embodiments, a shape of the one or more magnets as described above is selected from a set comprising a strip, a ball bearing and a disc. In further embodiments, at least one of the one or more magnets comprise one or more of a neodymium magnet and a ceramic magnet.

In operation, a user places a headset cord within the confines of the groove wall while using the headset to listen to an electronic device. This enables a user to comfortably utilize the headset without becoming entangled within the cord. Then, when not listening to the electronic device, a user places a set of earphones near to the magnet in order to allow the earphones to magnetically attract to and be held by the magnet. This enables the user to place the earphones in a convenient location when using the earphones and also when not in use. By doing so, a user is able to safely secure the earphones rather than letting them dangle where they may become entangled or snagged by the user. Consequently, the earphones holder has the advantage of providing an inexpensive and easy way to hold a headset cord in a comfortable and convenient position while utilizing an electronic device. Accordingly, the headset cord holder described herein has numerous advantages.

Referring now to FIG. 11, an embodiment of a magnetic earphones and cord holding system is depicted therein. The magnetic earphones and cord holding system 1100 comprises an earphones holder body 1101 and a set of earphones 1150. The set of earphones 1150 transmits a signal from an electronic device 1105 such as an iPod, iPhone, any other similar cellular phone or smart phone, MP3 or music player, movie player, or other electronic device 1105. As will be apparent to someone of ordinary skill in the art, the set of earphones 1150 is able to transmit a signal from any appropriate electronic device 1105 as known in the art. For example, in some embodiments, the set of earphones 1150 transmits a signal from an electronic media player such as an iPad, smart phone, tablet PC, Mp4 player, or DivX format player.

The earphones holder body 1101 comprises a groove 1120 for receiving and releasably securing a headset cord 1165, one or more magnetically attractable surfaces 1110 for removably coupling with one or more magnets 1185 of the set of earphones 1150, and an electronic device controller 1140. In some embodiments, the one or more magnetically attractable surfaces 1110 are magnets. In some of these embodiments, the magnets are neodymium magnets. In further embodiments, the earphones holder body 1101 comprises one or more recesses 1115 for holding an earbud 1175. In some embodiments, the earbud 1175 is press fit into the one or more recesses 1115. In some embodiments, the earphones holder body 1101 comprises a body comprising a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry and a magnet built into or embedded within the body. Particularly, the earphones holder body 1101 is able to comprise a cord holder as described in U.S. patent application Ser. No. 12/891,510, filed on Sep. 27, 2010 and/or a earphones holder as described in U.S. Provisional Patent Application No. 61/601,722, filed on Feb. 22, 2012, which are

US 9,167,329 B2

15

both hereby incorporated by reference. In some embodiments, the set of earphones **1150** is a component of a hands free telephone adapter.

The groove **1120** is molded or otherwise built into the earphones body **1101**. The groove **1120** is configured to receive and releasably secure a headset cord **1165**. In some embodiments, the groove **1120** is defined by a groove wall **1122** that surrounds most of the groove **1120**, leaving only an entry space **1124** through which the cord **1165** can access the groove **1120**. In some embodiments, the entry space **1135** has a smaller diameter than the groove **1120** and the cord **1165**, thereby securing the cord **1165** within the confines of the groove wall **1122** and requiring a significant amount of force for its removal. In some embodiments, portions of the groove wall **1122** are flexible so that as the cord **1165** is pushed through the entry space **1124**, the cord **1165** is able to force the groove wall **1122** out of its way and temporarily increase the diameter of the entry space **1135** so that the cord **1165** can pass through the entry space **1124** into the groove **1120**. In some embodiments, the groove wall **1122** is substantially rigid, thereby forcing the outer sleeve of the cord **1165** to constrict as it passes through the entry space **1124** between the ends of the groove wall **1122**.

By incorporating a magnet and a groove into the surface of the earphones body **1101**, a user is able to releasably secure a headset cord **1165** in the groove **1120** while utilizing the earphones **1150** and then magnetically secure the earphones **1150** to the earphones holder body **1101** when not in use. The one or more magnetically attractable surfaces **1110** are able to be fixedly or removably connected to the earphones holder body **1101**.

As described above, the one or more magnetically attractable surfaces **1110** are configured for removably coupling with the one or more magnets **1185** of the earphones **1150**. In some embodiments, when the one or more magnets **1185** are removably coupled with the one or more magnetically attractable surfaces **1110**, the body of the earbud **1175** is placed within the one or more recesses **1115**. In some embodiments, the one or more recesses **1115** and the body of the earbud **1175** comprise interlocking geometry. In these embodiments, the body of the earbud **1175** is press fit or snap fit into the one or more recesses of the earphones holder body **1101**.

The electronic device controller **1140** receives a signal from the earbud engagement detector **1130** and sends a signal to the electronic device activation circuit **1155** based upon the signal received from the earbud engagement detector **1130**. The electronic device activation circuit **1155** operates an electronic device **1105** based upon the signal received from the controller **1140**. In some embodiments, the earbud engagement detector **1130** sends a signal to the controller **1140** that the one or more magnets **1185** and the earbud **1175** have been decoupled from the earphones holder body **1101**. In these embodiments, upon receiving the signal from the earbud engagement detector **1130**, the controller **1140** sends a signal to the electronic device activation circuit **1155** to activate the electronic device **1105**. In some embodiments, the earbud engagement detector **1130** sends a signal to the controller **1140** that the one or more magnets **1185** and the earbud **1175** have been coupled with the earphones holder body **1101**. In these embodiments, upon receiving the signal from the earbud engagement detector **1130**, the controller **1140** sends a signal to the electronic device activation circuit **1155** to deactivate the electronic device **1105**.

In further embodiments, the electronic device controller **1140** sends a signal to electronic device activation circuit **1155** to operate the electronic device **1105** in another manner.

16

For example, in some embodiments, upon receiving the signal from the earbud engagement detector **1130**, the controller **1140** sends a signal to the electronic device activation circuit **1155** to adjust the volume of the signal from the electronic device **1105**. Additionally, in some embodiments, the controller **1140** is able to send a signal to the electronic device activation circuit **1155** in order to pause the signal of an application or a program being transmitted by the electronic device **1105**. Particularly, the controller **1140** is able to send any appropriate signal to the electronic device activation circuit **1155** in order to operate the electronic device **1105**.

The magnetic earphones and cord holding system **1100** is able to send a signal to activate and/or deactivate an electronic device **1105** such as a cell phone. For example, if the user's phone rings, the user is able to remove the set of earphones **1150** from the earphones holder body **1101** and a signal is sent to answer the phone and connect the call. Likewise, if the user is on a call and the set of earphones **1150** are coupled with the earphones holder body **1101**, a signal is sent to hang up the phone and terminate the call. Similarly, the magnetic earphones and cord holding system **1100** is able to send a signal to start, resume, or stop an electronic device such as an electronic media player or gaming device. For example, if a user needs to interrupt playing a video game, playing music, playing a movie, or other media stream, the user is able to couple the set of earphones **1150** with the holder body **1101** in order to pause the electronic device **1105**. Then, when the user desires to resume using the electronic device **1105**, the user is able to decouple the earphones **1150** from the holder body and send a signal and unpause the electronic device **1105**. In this manner, the user is able to use the magnetic earphones and cord holding system **1100** to operate, activate and/or deactivate any programs or applications that are running on the electronic device **1105**.

In some embodiments, the signal sent by the electronic device controller **1140** to the electronic device activation circuit **1155** and the signal sent by the electronic device activation circuit **1155** to the electronic device **1105** comprise one or more of infrared, infrared laser, radio frequency, wireless, WiFi, and Bluetooth®. However, the signal sent by the electronic device controller **1140** and the electronic device activation circuit **1155** are able to comprise any wireless signal as known in the art. Alternatively, in some embodiments, the signal sent by the electronic device controller **1140** and the electronic device activation circuit **1155** comprise a wired signal.

FIGS. **12**A and **12**B illustrate a side view of a magnetic earphones and cord holding system formed in two parts. The magnetic earphones and cord holding system **1200** comprises a first body **1201** and a second body **1202**. The first body **1201** is substantially similar to the earphones holder body **1101** as discussed in relation to FIG. **11** and comprises a groove (not shown) for receiving and releasably securing a headset cord, one or more magnetically attractable surfaces **1110**, an earbud engagement detector (not shown), and an electronic device controller (not shown). As shown in FIGS. **12**A and **12**B, the first body **1201** comprises a coupling mechanism **1203** and the second body **1202** comprises a coupling mechanism **1205**. The coupling mechanisms **1203** and **1205** enable the first body **1210** and the second body **1202** to couple together. In some embodiments, the coupling mechanisms **1203** and **1205** comprises a snap, a button, or a hook and loop fastening system. However, the coupling mechanisms **1203** and **1205** are able to comprise any appropriate coupling mechanisms as known in the art. In some embodiments, the second body **1202** comprises a button, a snap, a zipper, or an adornment.

US 9,167,329 B2

17

FIG. **13** illustrates a schematic view showing the components of a magnetic earphones and cord holding system in accordance with some embodiments. As shown in FIG. **13**, the magnetic earphones and cord holding system **1300** comprises an earbud engagement detector **1330**, an electronic device controller **1340**, and an electronic device activation circuit **1355**. As described above, the earbud engagement detector **1330** detects an engagement of the earbud **1175** (FIG. **11**) with the one or more magnets **1110**. The earbud engagement detector **1330** sends a signal to the electronic device controller **1340** based upon the engagement status of the earbud. The electronic device controller **1340** processes the signal it receives from the earbud engagement detector **1330** and sends a signal to the electronic device activation circuit **1355** which operates an electronic device in a manner dependent upon the signal from the electronic device controller **1340**. In some embodiments, the electronic device controller **1340** sends a signal to the electronic device activation circuit **1355** to activate the electronic device. In some embodiments, the electronic device controller **1340** sends a signal to the electronic device activation circuit **1355** to deactivate the electronic device.

FIG. **14** illustrates a method of operating a set of earphones in accordance with some embodiments.

As shown in FIG. **14**, at the step **1404** an engagement status of an earbud is detected. In some embodiments, it is detected whether or not the earbud is coupled with an earphones holder body. Then, based upon the engagement status of the earbud, at the step **1406**, a signal is sent to operate the electronic device. In some embodiments, the signal is one or more of an infrared, infrared laser, radio frequency, wireless, WiFi, and Bluetooth® signal. In some embodiments, the signal is a wired signal. In some embodiments, the signal is a signal to turn off or to turn on the electronic device.

FIG. **15** illustrates a magnetic earphones holding system in accordance with further embodiments. The magnetic earphones holding system **1500** comprises an earphones holder body **1501** and a set of earphones **1550**. The set of earphones **1550** transmits a signal from an electronic device **1505** such as an iPod, iPhone, any other similar cellular phone or smart phone, MP3 or music player, movie player, or other electronic device **1505**. As will be apparent to someone of ordinary skill in the art, the set of earphones **1550** is able to transmit a signal from any appropriate electronic device **1505** as known in the art. For example, in some embodiments, the set of earphones **1550** transmits a signal from an electronic media player such as an iPad, smart phone, tablet PC, Mp4 player, or DivX Media format player.

The earphones holder body **1501** is in the shape of a zipper puller and comprises one or more magnetically attractable surfaces **1510** for removably coupling with one or more magnets **15815** of the set of earphones **1550**, and an electronic device controller **1540**. In some embodiments, the one or more magnetically attractable surfaces **1510** are magnets. In some of these embodiments, the magnets are neodymium magnets. In some embodiments, the holder body **1501** comprises a plurality of magnetically attractable surfaces **1510**. In some embodiments, the earphones holder body **1501** comprises a body comprising a snap fastener, an adornment, a buckle attachment, or an item of jewelry and a magnet built into or embedded within the body. In some embodiments, the earphones holder body **1501** further comprises a groove as described in relation to FIG. **1**. In some embodiments, the set of earphones **1550** is a component of a hands free telephone adapter.

Using the one or more magnet **1585** of the earphones **1550**, a user is able to couple the earphones **1550** with the one or

18

more magnetically attractable surfaces **1510** of the earphones holder body **1501** when not in use. The one or more magnetically attractable surfaces **1510** are able to be fixedly or removably connected to the earphones holder body **1501**. In some embodiments, the holder body **1501** further comprises one or more recesses for interlocking with the earbud **1575**. In these embodiments, the body of the earbud **1575** is press fit or snap fit into the one or more recesses of the earphones holder body **1501**.

As further shown in FIG. **15**, the earphones holder body **1501** comprises an electronic device controller **1540** and an earbud engagement detector **1530**. The electronic device controller **1540** receives a signal from the earbud engagement detector **1530** and sends a signal to the electronic device activation circuit **1555** based upon the signal received from the earbud engagement detector **1530**. The electronic device activation circuit **1555** operates an electronic device **1505** based upon the signal received from the controller **1540**. In some embodiments, the earbud engagement detector **1530** sends a signal to the controller **1540** that the one or more magnets **1585** and the earbud **1575** have been decoupled from the earphones holder body **1501**. In these embodiments, upon receiving the signal from the earbud engagement detector **1530**, the controller **1540** sends a signal to the electronic device activation circuit **1555** to activate the electronic device **15015**. In some embodiments, the earbud engagement detector **1530** sends a signal to the controller **1540** that the one or more magnets **1585** and the earbud **1575** have been coupled with the earphones holder body **1501**. In these embodiments, upon receiving the signal from the earbud engagement detector **1530**, the controller **1540** sends a signal to the electronic device activation circuit **1555** to deactivate the electronic device **1505**.

As shown within FIG. **15**, the earbud engagement detector **1530** and the electronic device controller **1540** are components of the earphones holder body **1501**. However, as will be apparent to someone of ordinary skill the art, one or more of the earbud engagement detector **1530** and the electronic device controller **1540** are able to be components of the set of earphones **1550**.

As shown within FIG. **16**, in some embodiments, the one or more magnets **1685** comprise a magnetically attractable surface that is a circular body that fits around the earphones **1650**. In some embodiments, the one or more magnets **1685** removably couple with the earphones **1650**. In some of these embodiments, the magnetically attractable surface **1685** is stretchable and stretches to fit over the earphones **1650**. In some embodiments, the magnetically attractable surface **1685** comprises a hinge or coupler which enables the magnetically attractable surface **1685** to be opened and coupled around the earphones **1650**. In some embodiments, the magnetically attractable surface **1685** is able to be opened at coupler and then placed around the earphones **1650** and snap fit back into place. In some embodiments, the magnetically attractable surface **1685** comprises two pieces which are separated in order to removably couple the magnetically attractable surface **1685** with the earphones **1650**. Particularly, the magnetically attractable surface **1685** is able to removably couple with the earphones **1650** by any appropriate mechanism as known in the art. Additionally, although the magnetically attractable surface **1685** is shown with a circular body, the magnetically attractable surface is able to comprise any appropriate shape for coupling with the earphones **1650**. As further shown in FIG. **16**, the earbud engagement detector **1630** and the electronic device controller **1640** are components of the earphones **1650**.

**19**                                                    **20**

In further embodiments, the earbud engagement detector **1730** (FIG. **17**) is a component of an earbud **1775** and sends a signal to a electronic device controller **1740** incorporated into a separate body **1701**.

FIG. **17** illustrates a magnetic earphones holding system in accordance with further embodiments. The magnetic earphones holding system **1700** comprises an earphones holder body **1701** and a set of earphones **1750**. The set of earphones **1750** transmits a signal from an electronic device **1705** such as an iPod, iPhone, any other similar cellular phone or smart phone, MP3 or music player, movie player, or other electronic device **1705**. As will be apparent to someone of ordinary skill in the art, the set of earphones **1750** is able to transmit a signal from any appropriate electronic device **1705** as known in the art. For example, in some embodiments, the set of earphones **1750** transmits a signal from an electronic media player such as an iPad, smart phone, tablet PC, Mp4 player, or DivX Media format player.

As described above, the earphones holder body **1701** is able to be in a shape of a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry and a magnet built into or embedded within the body and comprises one or magnetically attractable surfaces **1710** and an electronic device controller **1740**. As shown in FIG. **17**, the earphones **1750** comprise one or more magnets **1785** and an earbud engagement detector **1730**. In some embodiments, the electronic device controller **1740** and the earbud engagement detector **1730** are components of the earphone holder body **1701**. Alternatively, in some embodiments, the electronic device controller **1740** and the earbud engagement detector **1730** are components of the set of earphones **1750**.

Using the one or more magnet **1785** of the earphones **1750**, a user is able to couple the earphones **1750** with the one or more magnetically attractable surfaces **1710** of the earphones holder body **1701** when not in use. The one or more magnetically attractable surfaces **1710** are able to be fixedly or removably connected to the earphones holder body **1701**. In some embodiments, the holder body **1701** further comprises one or more recesses for interlocking with the earbud **1775**. In these embodiments, the body of the earbud **1775** is press fit or snap fit into the one or more recesses of the earphones holder body **1701**.

The electronic device controller **1740** receives a signal from the earbud engagement detector **1730** and sends a signal to the electronic device activation circuit **1755** based upon the signal received from the earbud engagement detector **1730**. The electronic device activation circuit **1755** operates an electronic device **1705** based upon the signal received from the controller **1740**. Particularly, the controller **1740** relays the signal from the earbud engagement detector **1730** to the electronic device **1705**. As described above, in some embodiments the signal received from the controller **1740** is a signal to activate and/or deactivate the electronic device **1705**.

In further embodiments, the earphones holder body **1701** comprises an item that is placed on a counter top or other similar item. In some embodiments, the electronic device controller **1740**, is able to send a signal to an activation circuit **1755** of an electronic device **1705** that is removably coupled with an external docking station.

In some embodiments, the signal sent by the electronic device controller **1740** to the electronic device activation circuit **1755** and the signal sent by the electronic device activation circuit **1755** to the electronic device **1705** comprise one or more of infrared, infrared laser, radio frequency, wireless, WiFi, and Bluetooth®. However, the signal sent by the electronic device controller **1740** and the electronic device activation circuit **1755** are able to comprise any wireless

signal as known in the art. Alternatively, in some embodiments, the signal sent by the electronic device controller **1740** and the electronic device activation circuit **1755** comprise a wired signal.

In further embodiments, the set of earphones **1750** comprise wireless earphones. In these embodiments, the earbud engagement detector **1730** sends a wireless signal to the electronic device controller **1740** based on the engagement status of the earphones and the earphones **1750** receive a wireless content signal from the electronic device **1705**.

FIG. **18** illustrates a magnetic earphones holding system in accordance with some embodiments. The system **1800** comprises a set of earphones comprising one or more magnets or magnetically attractable surfaces **1885** built into the earbud **1875** and one or more magnets or magnetically attractable surfaces **1895** built into the earbud **1875'**. As shown in FIG. **18**, the earbud **1875** comprises an earbud engagement detector **1830** and an electronic device controller **1840** built into the body of the earbud **1875**. Although, the earbud engagement detector **1830** and an electronic device controller **1840** built into a signal body of the earbud **1875**, as will be apparent to someone of ordinary skill in the art, the earbud engagement detector **1830** and the electronic device controller **1840** are able to be components of different earbuds.

The electronic device controller **1840** receives a signal from the earbud engagement detector **1830** based upon an engagement of the earbud **1875** with the earbud **1875'**. In some embodiments, the earbud engagement detector **1830** sends a signal to the controller **1840** that the one or more magnets or magnetically attractable surfaces **1885** have been removed from the one or more magnets or magnetically attractable surfaces **1895**. In these embodiments, upon receiving the signal from the earbud engagement detector **1830**, the controller **1840** sends a signal to the electronic device activation circuit **1855** to activate the electronic device **1805**. In some embodiments, the earbud engagement detector **1830** sends a signal to the controller **540** that the earbud **1875** has been coupled with the earbud **1875'**. In these embodiments, upon receiving the signal from the earbud engagement detector **1830**, the controller **1840** sends a signal to the electronic device activation circuit **1855** to deactivate the electronic device **1805**.

In operation, the earphones holder enables a user to comfortably utilize a headset without becoming entangled within the cord. In some embodiments, a user uses a groove and the magnets of a cord holder body while using the headset to listen to an electronic device. A user places a set of earphones near to the magnet in order to allow the earphones to magnetically attract to and be held by the magnet. When the user wishes to use the electronic device, the earphones are removed from the magnet and a signal is transmitted in order to active an electronic device such as a music player or cell phone. Then, when the user no longer wishes to use the electronic device, the earphones are recoupled with the magnet and the electronic device is deactivated. In this manner, the earphones are able to be removed from the earphones holder body and an electronic device is automatically activated in order to answer a telephone call. Then, when the telephone call is terminated, the user is able to recouple the earphones with the earphones holder body and automatically deactivate the device. Alternatively, the earphones are able to be removed from the earphones holder body and an electronic device is automatically activated in order to listen to music transmitted from a music player or cell phone and then recoupled with the earphones holder body in order to deactivate the device when the use of the earphones is no longer desired.

US 9,167,329 B2

21                                                        22

Referring now to FIGS. **19**A-**19**E, an embodiment of a magnetic earphones and cord holding system is depicted therein. The magnetic earphones and cord holding system **1900** comprises a body **1901** comprising a touch sensor **1903**, an on/off button **1911**, a microphone **1913**, a speaker **1915**, and a charging port **1917**. As shown in FIGS. **19**A-**19**E, the body **1901** also comprises an electronic device controller **1940** and a touch sensor detector **1960**. In some embodiments, the system comprises an earphones jack **1907** and one or magnets or magnetically attractable surfaces **1920** and **1920'** and one or more earbud engagement detectors **1930** and **1930'**. The one or magnets or magnetically attractable surfaces **1920** and **1920'** are configured to removably couple with one or more magnets **1985** and **1985'** of a set of earphones **1950**. In further embodiments, the body **1901** comprises a groove and/or one or more recesses for securing the earphones **1950** and the cord **1965**, as described above.

In some embodiments, the electronic device controller **1940** receives a signal from the earbud engagement detector **1930** and sends a signal to the electronic device activation circuit **1955** based upon the signal received from the earbud engagement detector **1930**. The electronic device activation circuit **1955** operates an electronic device **1905** based upon the signal received from the controller **1940**. In some embodiments, the earbud engagement detector **1930** sends a signal to the controller **1940** that the one or more magnets **1985** and the earbud **1975** have been decoupled from the earphones holder body **1901**. In these embodiments, upon receiving the signal from the earbud engagement detector **1930**, the controller **1940** sends a signal to the electronic device activation circuit **1955** to activate the electronic device **1905**. In some embodiments, the earbud engagement detector **1930** sends a signal to the controller **1940** that the one or more magnets **1985** and the earbud **1975** have been coupled with the earphones holder body **1901**. In these embodiments, upon receiving the signal **35** from the earbud engagement detector **1930**, the controller **1940** sends a signal to the electronic device activation circuit **1955** to deactivate the electronic device **1905**.

In further embodiments, the touch sensor detector **1960** receives a signal from the touch sensor **1903** based upon a contact with the touch sensor **1903** and sends a signal to the electronic device controller **1940**, which sends a signal to the electronic device activation circuit **1955**. The electronic device activation circuit **1955** operates an electronic device **1905** based upon the signal received from the controller **1940**. For example, in some embodiments, the touch sensor detector **1960** sends a signal to the electronic device controller **1940** that the touch sensor **1903** has been tapped, double-tapped, and/or swiped. In response, the electronic device controller **1940** sends a signal to the electronic device activation circuit **1955** to operate the electronic device **1905**. In some embodiments, the electronic device controller **1940** is able to send a signal to activate/de-activate the electronic device, turn up or turn down the volume, change the playing media, and/or change the program being operated by the electronic device **1905**. Particularly, the electronic device controller **1940** is able to send any appropriate desired control signal to the electronic device **1905**. Additionally, the touch sensor **1903** is able to be operated in any desired manner.

In some embodiments, the magnetic and cord holding system **1900** is used with the set of earphones **1950**. In these embodiments, the power input **1995** is inserted into the earphones jack **1907** and the one or more magnets **1985** and **1985'** are removably coupled with the one or more magnets or magnetically attractable surfaces **1920** and **1920'**. In some embodiments, a user is able to remove the earphones **1950** and transmit a signal in order to activate the electronic device

**1905**, as described above. Then, with the earphones in their ears, a user is able to utilize the touch sensor **1903** in order to operate the electronic device **1905**. In some embodiments, the magnetic and cord holding system **1900** is used with a short cord set of earphones. Consequently, the set of earphones is able to be used without becoming entangled in the clothing of the user. Particularly, as shown in FIG. **20**, because the power input **1975** and the earphones **1950** are held closely together when coupled with the body **1901**, the cord **1965** of the earphones only needs to long enough to comfortably couple the earphones **1950** with the ears of a user and enable the user to use the touch sensor **1903** and/or the microphone **1913** of the body **1901** of the magnetic and cord holding system **1900**.

In further embodiments, the magnetic and cord holding system **1900** is able to be used without the set of earphones **1950**. For example, the touch sensor **1903** is able to be contacted in order activate the electronic device **1905** and then a user is able to utilize the touch sensor **1903** in order to operate the electronic device **1905**. In these embodiments, the touch sensor **1903** is able to be utilized in order to answer a telephone call and communicate using the microphone **1913** and the speaker **1915**. Then, when the telephone call is terminated, the user is able to utilize the touch sensor **1903** to terminate the call and deactivate the electronic device **1905**. Additionally, in some embodiments, the system **1900** and the touch sensor **1903** are used without audio in order to control a program running on the electronic device **1905**.

The magnetic and cord holding system **1900** is able to be used with a variety of electronic devices and in a variety of settings. For example, in some embodiments, the system **1900** is utilized with an electronic device that is coupled with an external docking station. In further embodiments, the system **1900** is able to be used as a controller for a game or program located on the electronic device. In these embodiment the touch sensor **1903** is able to be utilized to send control messages to the electronic device in order to control the game or program. In further embodiments, the system **1900** is able to receive a signal from an electronic device. For example, in some embodiments the system **1900** is able to receive an audio signal from the electronic device through the speaker **1915**. Further, in some embodiments, the speaker **1915** and the microphone **1913** are used to communicate voice controls to the electronic device **1905**.

In some embodiments, the signal sent by the electronic device controller **1940** to the electronic device activation circuit **1955** and the signal sent by the electronic device activation circuit **1955** to the electronic device **1905** comprise one or more of infrared, infrared laser, radio frequency, wireless, WiFi, and Bluetooth®. However, the signal sent by the electronic device controller **1940** and the electronic device activation circuit **1955** are able to comprise any wireless signal as known in the art. Alternatively, in some embodiments, the signal sent by the electronic device controller **1940** and the electronic device activation circuit **1955** comprise a wired signal.

FIG. **21** illustrates a block diagram showing the components of the body **1901** of the system **1900**. As described above, the body **1901** comprises a touch sensor **1903**, an on/off button **1905**, a microphone **1913**, a speaker **1915**, and a charging port **1917**. As shown in FIGS. **19**A-**19**E, the body **1901** also comprises an electronic device controller **1940** and a touch sensor detector **1960**. In some embodiments, the system comprises an earphones jack **1907** and one or magnets or magnetically attractable surfaces **1920** and **1920'** and one or more earbud engagement detectors **1930** and **1930'**. In some embodiments, the body **1901** comprises a printed circuit board **1923** and a battery **1925** for supplying power to the

23

system **1900**. In some embodiments, the body **1901** further comprises an LED light **1919** for indicating that the body **1901** is powered on. In some embodiments, the earphones jack **1907** is a 3.5 mm jack. However, as will apparent to someone of ordinary skill in the art, the earphones jack **1907** is able to comprises any appropriately sized jack. In some embodiments, the charging port **1917** is a USB port. However, the charging port **1917** is able to comprise any appropriately sized charging port.

FIG. **22** illustrates the magnetic and cord holding system **1900** removably coupled to a shirt collar in accordance with some embodiments. The body **1901** of the system **1900** has been coupled to the shirt **2200** by using the clip **1909**, as shown in FIGS. **19**A and **19**B. When using the clip **1909**, a user is able to secure the body **1901** in a convenient, desired location. As will be apparent to someone of ordinary skill in the art, the body **1901** is able to be secured in any appropriate manner as known in the art. For example, in some embodiments, the body **1901** is coupled with a lanyard which is placed around a neck of a user in order to place the body **1901** in a convenient location.

FIG. **23** illustrates a schematic view showing the components of a magnetic earphones and cord holding system in accordance with some embodiments. As shown in FIG. **23**, the magnetic earphones and cord holding system **2300** comprises an earbud engagement detector **2330**, an electronic device controller **2340**, and an electronic device activation circuit **355**. As described above, the earbud engagement detector **2330** detects an engagement of an earbud with the one or more magnets of the body as shown in FIGS. **19**A-**19**E. The earbud engagement detector **2330** sends a signal to the electronic device controller **340** based upon the engagement status of the earbud. The electronic device controller **2340** processes the signal it receives from the earbud engagement detector **2330** and sends a signal to the electronic device activation circuit **2355** which operates an electronic device in a manner dependent upon the signal from the electronic device controller **2340**. In some embodiments, the electronic device controller **2340** sends a signal to the electronic device activation circuit **2355** to activate the electronic device. In some embodiments, the electronic device controller **2340** sends a signal to the electronic device activation circuit **2355** to deactivate the electronic device.

As further shown in FIG. **23**, the magnetic earphones and cord holding system **2300** comprises a touch sensor detector **2360**. The touch sensor detector detects a contact of the touch sensor **903** (FIG. **9**A) and sends a signal to the electronic device controller **2340** based upon the contact with the touch sensor **903**. The electronic device controller **2340** processes the signal it receives from the touch sensor detector **2360** and sends a signal to the electronic device activation circuit **2355** to operate an electronic device in a manner based upon the signal received from the electronic device controller **2340**. In some embodiments, the electronic device controller **2340** sends a signal to the electronic device activation circuit **2355** to activate/de-activate the electronic device, turn up or turn down the volume, change the playing media, and/or change the program being operated by the electronic device.

FIG. **24** illustrates a method of operating a magnetic earphones and cord holding system comprising a touch sensor in accordance with some embodiments. In the step **2404**, a contact of a touch sensor is detected. For example, in some embodiments it is detected that the touch sensor is tapped, double-tapped, swiped in a sideways direction, and/or swiped in an up and down direction. Then, based upon the contact with the touch sensor, in the step **2406**, a signal is sent to operate the electronic device. In some embodiments, the sig-

24

nal is one or more of an infrared, infrared laser, radio frequency, wireless, WiFi, and Bluetooth® signal. In some embodiments, the signal is a wired signal. In some embodiments, the signal is a signal to activate/de-activate the electronic device, turn up or turn down the volume, change the playing media, and/or change the program being operated by the electronic device.

The magnetic earphones and cord holding system enables a user to automatically activate and/or deactivate an electronic device and place the earphones in a convenient location when using the earphones and when not in use. Consequently, the earphones and cord holding system has the advantage of providing an inexpensive and easy way to hold a headset cord in a comfortable and convenient position while utilizing an electronic device. Additionally, the earphones and cord holding system is able to conserve power by ensuring that the electronic device is only activated when needed. Accordingly, the magnetic earphones and cord holding system described herein has numerous advantages.

The presently claimed invention has been described in terms of specific embodiments incorporating details to facilitate the understanding of the principles of construction and operation of the invention. As such, references herein to specific embodiments and details thereof are not intended to limit the scope of the claims appended hereto. It will be apparent to those skilled in the art that modifications can be made to the embodiments chosen for illustration without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A system for holding a set of earphones comprising:

a. a holder body comprising one or more magnets;

b. a set of earphones comprising a magnetically attractable surface for removably coupling with the one or more magnets; and

c. an electronic device controller coupled to receive an activation signal when one or more of the set of earphones are decoupled from one of the one or more magnets, wherein the electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one of the one or more magnets.

**2**. The system of claim **1** wherein the holder body is a closure mechanism that releasably couples a first portion of an article to a second portion of the article.

**3**. The system of claim **1** wherein the holder body is one or more of snaps, a button, a releasable clip, zipper, and a hook and loop fastening system.

**4**. The system of claim **1** wherein the holder body is an accessory item comprising one or more of a necklace, a broach, a pair of earrings, a bracelet and a sunglass lanyard.

**5**. The system of claim **1** wherein the magnetically attractable surface is non-removable.

**6**. The system of claim **1** wherein the magnetically attractable surface is removable.

**7**. The system of claim **1** further comprising one or more additional magnets.

**8**. The system of claim **1** further comprising one or more grooves for releasably holding a cord of the set of earphones.

**9**. The system of claim **1** wherein the magnetically attractable surface is attached to the cord of the earphones.

**10**. An earphones holder comprising:

a. a holder body;

b. one or more holder magnetically attractable surfaces configured to magnetically couple to one or more earphone magnetically attractable surfaces coupled to one or more earphones; and

c. an electronic device controller coupled to receive an activation signal when one or more of the earphone

US 9,167,329 B2

25

magnetically attractable surfaces are decoupled from one of the one or more holder magnetically attractable surfaces, wherein the electronic device controller receives a deactivation signal when one or more of the earphone magnetically attractable surfaces are coupled to one of the one or more holder magnetically attractable surfaces.

**11**. The earphones holder of claim **10** wherein the holder body comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry.

**12**. The earphones holder of claim **10** wherein the one or more magnetically attractable surfaces comprise one or more magnets.

**13**. The earphones holder of claim **12** wherein the one or more magnetically attractable surfaces are configured for removably coupling with a metal part of an earbud.

**14**. The earphones holder of claim **10** wherein the one or more holder magnetically attractable surfaces are built into or embedded within the body.

**15**. The earphones holder of claim **10** wherein the holder body comprises one or more grooves for releasably holding a cord of a set of earphones.

**16**. A method of securing a set of earphones comprising:
a. coupling a magnetically attractable surface to a set of earphones;
b. coupling the magnetically attractable surface to a magnet coupled to an additional article in order to secure the earphones;
c. sending an activation signal to an electronic device when the magnetically attractable surface is decoupled from the magnet; and
d. sending a de-activation signal to an electronic device when the magnetically attractable surface is coupled to the magnet.

**17**. The method of claim **16** wherein the additional article comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry.

**18**. The method of claim **16** wherein the additional article is an accessory item comprising one or more of a necklace, a broach, a pair of earrings, a bracelet and a sunglass lanyard.

**19**. The method of claim **16** wherein the one or more magnetically attractable surfaces comprises one or more magnets.

**20**. The method of claim **16** wherein the one or more magnetically surfaces are built into or embedded within the additional article.

**21**. The method of claim **16** wherein the additional article comprises one or more grooves for releasably holding a cord of a set of earphones.

**22**. An earphones holder comprising:
a. a holder body;
b. one or more magnetically attractable surfaces attached to the holder body,
c. an earbud engagement detector; and
d. an electronic device controller for controlling an electronic device coupled to the earphones, wherein a magnet of the earphones removably couples with the one or more magnetically attractable surfaces, further wherein the electronic device controller sends an activation signal to the electronic device when the earbud engagement detector detects that the magnet of the earphones has been decoupled from the one or more magnetically attractable surfaces.

**23**. The earphones holder of claim **22** wherein the earphones holder body comprises a mechanism for attaching the earphones holder to an additional article.

26

**24**. The earphones holder of claim **23** wherein the mechanism is a clip.

**25**. The earphones holder of claim **22** wherein the earphones holder body comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry.

**26**. The earphones holder of claim **22** wherein the holder body comprises one or more recesses for removably coupling with a body of the earphones.

**27**. The earphones holder of claim **22** further comprising a groove for releasably receiving a cord of the set of headphones.

**28**. A system for holding a set of earphones comprising:
a. an earphones holder body comprising;
i. a groove for holding a headset cord;
ii. one or more magnetically attractable surfaces;
iii. an electronic device controller configured to activate and/or deactivate an electronic device by sending a signal to an electronic device activation circuit;
iv. an earbud engagement detector; and
b. a set of earphones comprising one or more magnets coupled to the earphones;
wherein the electronic device controller sends a signal to the electronic device activation circuit to activate the electronic device when the earphones are decoupled from the one or more magnetically attractable surfaces of the earphones holder body.

**29**. The system of claim **28** wherein the one or more magnetically attractable surfaces comprise one or more magnets.

**30**. A system for holding a set of earphones comprising:
a. an earphones holder body comprising;
i. a groove for holding a headset cord;
ii. one or more magnetically attractable surfaces;
iii. an electronic device controller configured to activate and/or deactivate an electronic device by sending a signal to an electronic device activation circuit;
iv. an earbud engagement detector; and
b. a set of earphones comprising one or more magnets coupled to the earphones;
wherein the electronic device controller sends a signal to the electronic device activation circuit to deactivate the electronic device when the earphones are coupled with the one or more magnetically attractable surfaces of the earphones holder body.

**31**. The system of claim **28** wherein the holder body further comprises a mechanism for attaching to an additional article.

**32**. The system of claim **31** wherein the mechanism is a clip.

**33**. The system of claim **28** wherein the holder body comprises a zipper puller, a snap fastener, an adornment, a buckle attachment, or an item of jewelry.

**34**. The system of claim **28** wherein the holder body comprises an accessory item comprising one or more of a necklace, a broach, a pair of earrings, a bracelet and a sunglass lanyard.

**35**. The system of claim **28** wherein the holder body further comprises one or more recesses for removably coupling with a body of the earphones.

**36**. A method of operating an electronic device comprising:
a. detecting an engagement status of a magnetic surface of an earbud with a magnetically attractable surface of an earphones holder;
b. sending an activation signal to an electronic device when the magnetic surface of the earbud is decoupled with the magnetically attractable surface of the earphones holder;

US 9,167,329 B2

27

c. sending a deactivation signal to the electronic device when the magnetic surface of the earbud is coupled to the magnetically attractable surface of the earphones holder; and

d. operating the electronic device based upon the engagement status of the earbud.

**37**. A system for holding a set of earphones comprising:
a. a holder body;
b. one or more magnetically attractable surfaces attached to the holder body for removably coupling with a magnetic surface of a set of earphones;
c. a touch sensor;
d. a touch sensor detector; and
e. an electronic device controller for controlling an electronic device by sending an activation signal when the magnetic surface of the set of earphones is decoupled from the one or more magnetically attractable surfaces, wherein the system wirelessly communicates with the electronic device.

**38**. The system of claim **37** further comprising an earbud engagement detector.

**39**. The system of claim **37** wherein the touch sensor detector receives a signal from the touch sensor and sends a signal to the electronic device controller.

**40**. The system of claim **39** wherein the touch sensor detector sends a signal to the electronic device controller that the touch sensor has been tapped, double-tapped, or swiped.

**41**. The system of claim **39** wherein the electronic device controller sends a signal to an electronic device to operate the electronic device based upon the signal from the touch sensor detector.

**42**. The system of claim **41** wherein the touch sensor detector sends a signal to the electronic device to activate or deactivate the electronic device.

**43**. An earphones holder for communicating with an electronic device comprising:
a. an earphones holder body comprising:
i. a touch sensor; and
ii. one or more holder magnetically attractable surfaces for removably coupling with one or more earphone magnetically attractable surfaces coupled to a set of earphones,
wherein the touch sensor controls an electronic device coupled to the earphones holder and further wherein an activation signal is sent to the electronic device when one of the one or more earphone magnetically attractable surfaces are decoupled from one of the one or more holder magnetically attractable surfaces, wherein the electronic device is wirelessly coupled to the earphones holder.

**44**. The earphones holder of claim **43** wherein the set of earphones is coupled to an earphones jack of the earphones holder.

**45**. The earphones holder of claim **43** further comprising an earbud engagement detector.

**46**. The earphones holder of claim **43** wherein the touch sensor is tapped, double-tapped, or swiped in order to control the electronic device.

**47**. The earphones holder of claim **43** further comprising an attachment mechanism for attaching to an additional article.

**48**. The earphones holder of claim **47** wherein the attachment mechanism is a clip.

**49**. A method of operating an electronic device comprising:
a. touching a touch sensor located on an earphones holder body comprising one or more magnets for removably

28

coupling with one or more magnetically attractable surfaces coupled to a set of earphones;
b. sending a signal to a touch sensor detector;
c. sending a signal to an electronic device based upon the signal sent to the touch sensor detector;
d. sending an activation signal to the electronic device when one of the one or more magnetically attractable surfaces are decoupled from one of the one or more magnets; and
e. sending a deactivation signal to the electronic device when one of the one or more magnetically attractable surfaces are coupled to one of the one or more magnets.

**50**. The method of claim **49** wherein the touch sensor is tapped, double-tapped, or swiped.

**51**. The method of claim **49** wherein the touch sensor detector receives a signal from the touch sensor and sends a signal to an electronic device controller.

**52**. The method of claim **49** wherein the electronic device is operated by touching the touch sensor.

**53**. An earphones holder for communicating with an electronic device comprising:
a. an earphones holder body comprising:
i. a touch sensor; and
ii. one or more holder magnetically attractable surfaces for removably coupling with one or more earphone magnetically attractable surfaces coupled to a set of earphones,
wherein the touch sensor controls an electronic device coupled to the earphones holder and further wherein an activation signal is sent to the electronic device when one of the one or more earphone magnetically attractable surfaces are decoupled from one of the one or more holder magnetically attractable surfaces, wherein a deactivation signal is sent to the electronic device when one of the one or more earphone magnetically attractable surfaces are coupled to one of the one or more holder magnetically attractable surfaces.

**54**. An earphones holder comprising:
a. a holder body;
b. one or more magnets attached to the holder body;
c. an earbud engagement detector; and
d. an electronic device controller for controlling an electronic device coupled to the earphones, wherein a metal portion of the earphones removably couples with the one or more magnets, further wherein the electronic device controller sends an activation signal to the electronic device when the earbud engagement detector detects that the metal portion of the earphones has been decoupled from the one or more magnets.

**55**. An earphones holder comprising:
a. a holder body;
b. one or more holder magnets or magnetically attractable surfaces coupled to the holder body; and
c. an electronic device controller for sending an activation signal to an electronic device, wherein one or more earphones magnets or magnetically attractable surfaces removably couple with the one or more holder magnets or magnetically attractable surfaces, further wherein the electronic device controller sends the activation signal to the electronic device when magnetic connection is broken between the one or more earphones magnets or magnetically attractable surfaces and the one or more holder magnets or magnetically attractable surfaces.

* * * * *