# EXHIBIT D

***SNIK LLC v. SAMSUNG ELECTRONICS CO., LTD., et al.***
**EDTX Case No. 19-cv-00387-JRG**
**Preliminary Infringement Contentions re**
**U.S. Patent No. US9769556B2**

## US9769556B2

  I. Asserted claims:
     a. 1-3; 5-11; 13-20; 22-55
 II. Accused apparatus, products, devices, processes, methods, acts or instrumentalities:
     a. Samsung Galaxy Buds; Samsung Galaxy Buds+ (also styled Samsung Galaxy Buds Plus); Samsung Level U Pro; Samsung Level U Pro ANC
III. Snik LLC is informed and believes that the accused products, devices, processes, methods, acts or instrumentalities infringe either literally or through the doctrine of equivalents.
IV. US9769556B2 claims priority to provisional application Ser. No. 61/601722, filed on February 22, 2012, which is incorporated herein by this reference
 V. References:

[1] http://downloadcenter.samsung.com/content/MC/201902/20190221105505228/EB/Len/start_here.html
[2] https://www.inverse.com/article/53923-galaxy-buds-airpods-samsung-rival
[3] https://imgur.com/RoKlYKl
[4] https://www.broadcom.com/company/news/product-releases/2389392
[5] https://www.samsung.com/global/galaxy/galaxy-buds/specs/
[6] https://www.samsung.com/global/galaxy/galaxy-buds/
[7] https://www.samsung.com/us/mobile/audio/galaxy-buds/?cid=sem-mktg-pfs-aacc-22019-22493&gclid=EAIaIQobChMIm87h3M-h5QIVEsRkCh21hgQBEAAYASAAEgKrUPD_BwE&gclsrc=aw.ds
[8] https://www.engadget.com/2019/03/13/samsung-galaxy-buds-review-true-wireless-earbuds/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAFjM2X3oJV6vXg0zQ9KIGN5Ke71pNu2nAvfnfvVjm_ZcxZfPOQHSMUwe8Vr8buKTKISH_itKbAMRAiwWkhiPxPtsajGhSvRHOMnfGM-CkbP-HYe8T-nG-_FM0iyBZtacsa7NjOEDNlaOKkqPPpL3QKGUAMA5tkaW6cnqu1G3nhuA
[9] Samsung Level U Pro User Manual
[10] Samsung Level U Pro ANC EO-BG935 User Manual
[11] Image of CSR8675 System on Chip in Level U Pro Products taken on 10/16/2019
[12] Qualcomm® CSR8675 Bluetooth Audio Platform

[13]   Samsung Level U Pro Product Packaging
[14]   Samsung Level U Pro ANC Product Packaging
[15]   https://news.samsung.com/global/hands-on-review-of-the-all-new-galaxy-buds
[16]   https://www.samsung.com/us/mobile/audio/galaxy-buds/
[17]   https://news.samsung.com/global/the-secrets-behind-galaxy-buds-premium-audio-performance
[18]   http://downloadcenter.samsung.com/content/UM/201612/20161222154650724/EO-BG935_UM_Rev.1.2_161222.pdf
[19]   https://www.samsung.com/us/audio/headphones/in-ear/level-u-pro-active-noise-canceling-eo-bg935cbegus/
[20]   https://news.samsung.com/global/samsung-takes-sound-to-the-next-level-with-level-u-pro-anc
[21]   https://www.samsung.com/us/audio/headphones/in-ear/level-u-pro-wireless-headphones-bronze-eo-bn920cfegus/
[22]   https://www.bhphotovideo.com/lit_files/124135.pdf
[23]   http://www.52audio.com/archives/24983.html
[24]   https://www.samsung.com/au/support/mobile-devices/using-the-samsung-galaxy-buds/
[25]   https://www.youtube.com/watch?v=vRZNXa1bozA
[26]   https://www.sammobile.com/news/galaxy-buds-plus-teardown-confirms-most-repairable-tws/
[27]   https://www.samsung.com/us/mobile/audio/galaxy-buds-plus/specs/
[28]   https://www.samsung.com/us/mobile/audio/galaxy-buds-plus/
[29]   https://www.samsung.com/us/support/owners/product/galaxy-buds-plus
[30]   http://downloadcenter.samsung.com/content/UM/202003/20200306230854916/WEA_SM-R175_Galaxy_Buds_Plus_EN_IBG_030420_FINAL.pdf
[31]   https://www.samsung.com/global/galaxy/galaxy-buds-plus/specs/
[32]   Teardown Photographs Taken on 04/12/2020 and 05/14/2020
[33]   Galaxy Buds+ User Manual at
       http://downloadcenter.samsung.com/content/MC/202003/20200318123539528/EB/Len/003_basics_3.html#1
[34]   https://www.samsung.com/us/mobile/audio/galaxy-buds-plus/?cid=sem-mktg-pfs-aacc-us-google-na-03012020-169931-&ds_e=GOOGLE-cr:0-pl:268643744-&ds_c=FF~Galaxy+Buds+-+Core+Brand_CN~GBP_PH~on_MK~usnat_BS~me_PR~wiaud_SB~galbup_PK~CPL_FS~lo_CA~kew_MD~h_KS~ba_MT~bmm-&ds_ag=AG~Samsung+Galaxy+Buds_MK~usnat_AT~ta_MD~h_AI~No-&ds_k=%2Bsamsung+%2Bgalaxy+%2Bbuds&gclid=EAIaIQobChMIv4aCrIPm6AIV3x-tBh3m1QZ6EAAYASAAEgIYPvD_BwE&gclsrc=aw.ds
[35]   http://downloadcenter.samsung.com/content/MC/202003/20200318123539528/EB/Len/004_using-the-earbuds_5.html#0

| Claim 1 | Evidence |
|---|---|
| **1[pre].** An audio system comprising: | The preamble is non-limiting.  To the extent the preamble is determined to be limiting, Samsung Galaxy Buds and Samsung Galaxy Buds+ comprise a set of headphones for removably coupling with a holder body having one or more magnetically attractable first surfaces:<br><br>Samsung Galaxy Buds comprise headphones for playing audio:<br><br><br><br>Samsung Galaxy Buds headphones include a charging case with one or more magnetic surfaces: |

3



[1]

## Galaxy Buds: Features

The buds' most iconic feature is their **wireless charging case**. The small, oval container
snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless
charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone
into an extra wireless charger so that they can still charge Galaxy Buds on the go.

[2]

4



[3]



采用多颗磁铁辅助耳机定位。                                                    [23]

English Translation: Use multiple magnets to assist in headphone positioning

Samsung Galaxy Buds+ comprise earphones for playing audio:



[33]

Samsung Galaxy Buds+ comprise a charging case with one or more magnets:



[33]

[32]



[32]

| 1[a] a holder body comprising one or more magnetically attractable first surfaces; | Samsung Galaxy Buds comprise a charging case with one or more magnetically attractable first surfaces:<br><br><br>[1]<br><br>Galaxy Buds: Features<br><br>The buds' most iconic feature is their **wireless charging case**. The small, oval container snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone into an extra wireless charger so that they can still charge Galaxy Buds on the go.<br><br>[2] |



[3]



采用多颗磁铁辅助耳机定位。                                    [23]

English Translation: Use multiple magnets to assist in headphone positioning

Samsung Galaxy Buds+ comprise a charging case with one or more magnetically attractable first surfaces::



[33]



[32]

[32]

| | |
|---|---|
| **1[b]** a set of head phones each comprising a magnetic second surface for removably coupling with the one or more magnetically attractable first surfaces; | Samsung Galaxy Buds comprise a set of head phones each comprising a magnetic second surface for removably coupling with the one or more magnetically attractable first surfaces:<br><br><br>[1]<br><br>**Galaxy Buds: Features**<br><br>The buds' most iconic feature is their **wireless charging case**. The small, oval container snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone into an extra wireless charger so that they can still charge Galaxy Buds on the go.<br><br>[2]<br><br>I used a paperclip to locate all 15 magnets in the case and buds (excluding the 2 driver magnets in the buds themselves). Interesting.<br>Uploaded Apr 12 |



[3]



[23]

Samsung Galaxy Buds+ comprise a set of head phones each comprising a magnetic second surface for removably coupling with the one or more magnetically attractable first surfaces:



[33]

<mark>Your device contains magnets</mark>, which may affect medical devices, such as pacemakers or implantable cardioverter defibrillators. If you are using any of these

14

medical devices, keep your device a safe distance from them and consult with your physician before you use the device. [33]



[25]



[25]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board

(PCB), reside in one half of the earbud. ==The other half of each earbud contains== the charging contacts, ==an interfacing microphone==, ==a proximity sensor==, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

| | |
|---|---|
| **1[c]** a headphones controller coupled to receive an activation signal when a magnetic decoupling is detected as one or more of the magnetic second surfaces of the set of head phones is removed and decoupled from one of the one or more magnetically attractable first surfaces, wherein the activation signal causes transmitted audio to be played in the headphones; | Samsung Galaxy Buds comprise a headphones controller coupled to receive an activation signal when a magnetic decoupling is detected as one or more of the magnetic second surfaces of the set of headphones is removed and decoupled from one of the one or more magnetically attractable first surfaces: |

**Broadcom Wireless Audio Chip Powers Samsung Galaxy Buds**

Broadcom BCM43014 delivers premium Bluetooth sound and unmatched battery life in ultra-compact footprint

SAN JOSE, Calif., Feb. 28, 2019 (GLOBE NEWSWIRE) -- Broadcom Inc. (NASDAQ: AVGO) today unveiled the BCM43014 chip enabling the Samsung Galaxy Buds to deliver a premium audio experience. The BCM43014 is a highly-integrated low power SoC that brings together unique innovations in Bluetooth, audio DSP and sensor hub technology to render rich audio while delivering up to six hours of Bluetooth streaming or five hours of voice calls. [4]

Built on Broadcom's unique combination of deep semiconductor expertise and wireless audio engineering, the BCM43014 is engineered to meet the design requirements for in-ear wireless devices. In addition to Bluetooth 5, the chip is packed with innovative features and capabilities that:

- Allows for seamless integration of advanced acoustic algorithms that reduce background noise to deliver rich sound.
- Delivers synchronized audio to both the earbuds for various daily user scenarios using Broadcom's InConcert® technology to create a truly wireless experience.
- Innovates with a holistic low power system-level design that spans radio design, protocol optimization and software techniques.
- Seamlessly connects both Buds with phone and quickly switches between devices with Broadcom's advanced Bluetooth pairing technology to deliver continuity of content for the consumer.
- Enables the integration of the multi-dimensional sensors behind the convenient and intuitive user interface on the Buds.
- Facilitates slim earbud design by integrating multiple audio components into a single chip and reducing the overall bill of materials. [4]

Galaxy Buds also comprise an ABOV F6432AUB Micro Controller Unit.

17

[14]

On information and belief, the ABOV F6432AUB and the controller and/or sensor hub of the BCM43014 System on Chip and are responsive to a magnetic Hall sensor:



[5]

19

 [14]

On information and belief, Galaxy Buds are compatible with Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.

Compatibilty

Samsung, other Android: Android 5.0 or higher & RAM 1.5GB above

[5]

# Quick pairing out of the box

Just pop open and pair. Galaxy Buds work right out of the box, connecting with your Galaxy devices in an instant via Bluetooth to get you up to the beat and well on your way. 1,2,3

[6]

On information and belief, Galaxy Buds are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

**Android & iOS compatible**

The Galaxy Buds pair with both Android and iOS compatible smartphones via Bluetooth connection.4

[7]

21

When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds earphones activate and begin playing audio when removed from the charging case.



[15]

Galaxy Buds automatically connects to the user's smartphone when the case is open and disconnects when placed back in the case. With a simple touch on the surface of an earbud, users can play or pause the current song, or move onto the previous or next song. Users can even give orders or turn on and off certain features using voice command.

[15]

Also, Samsung Galaxy buds detect if one or more earbuds are decoupled from one or more of the magnetically attractable surfaces attached to the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnetically attractable surfaces attached to the holder body, the audio stops.

The **Galaxy Buds** will detect how many earbuds are in its case and will switch the sound output to mono or stereo based on how many earbuds are in the charging case. If you put both **Galaxy Buds** into the charging case, the music will stop automatically.

Stereo        Mono

 

[24]

The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds earphones are deactivated and cannot play audio when in the holder.

Samsung Galaxy Buds+ comprise a headphones controller coupled to receive an activation signal when a magnetic decoupling is detected as one or more of the magnetic second surfaces of the set of headphones is removed and decoupled from one of the one or more magnetically attractable first surfaces:



[25]

Galaxy Buds+ also include Samsung S2MUA01X chips. On information and belief, the S2MUA01X chips include a controller unit.



[32

On information and belief, BCM43015 System on Chip includes a control unit and a sensor hub.  On information and belief, the Samsung S2MUA01X chips and the control unit and/or sensor hub of the BCM43015 System on Chip are responsive to a magnetic Hall sensor:

24

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]



[31]



[32]

|  | Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the magnets comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops. |
| --- | --- |

| | |
|---|---|
| | Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the magnets comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops.<br><br>The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds+ earphones are deactivated and cannot play audio when in the holder.<br><br>Galaxy Buds+ are compatible with smartphones and tablets running Android 5.0 or higher, including without limitation Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, Galaxy S10e, S20, S20+ and S20 Ultra 5G.<br><br>In addition, Galaxy Buds+ are compatible with iPhone7 or later models with iOS10 of higher.<br><br>[10] Compatible with smartphones and tablet running Android 5.0 or higher and with more than 1.5GB of RAM. Also compatible with iPhone7 or later models with the iOS 10 or higher. [34] |

| **1[d]** a first set of controls for controlling a volume of the transmitted audio played by the head phones; and | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones: |
| --- | --- |
| |  [1] |
| | ## Using the touchpad |
| | You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad. |
| |  [1] |
| | **Tap and hold** |
| | • Activate a preset feature. [1] |

29

**Setting a preset tap-and-hold feature**

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1  Launch the **Galaxy Wearable** app on the mobile device.

2  Tap **Touchpad**.

3  Tap **Left** or **Right** under **Touch and hold touchpad**.

4  Select a feature that you want to use as a preset tap-and-hold feature.

   • **Voice command**: Start a conversation with Bixby.
   • **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
   • **Volume down/Volume up**: Adjust the volume.

[1]

# Control with a touch

Easily switch tracks, take a call or turn up the volume
with a touch. Music automatically pauses when you
remove your Galaxy Buds and resumes with a tap when
you place them back in your ears.

[16]

Moreover, Samsung Galaxy Buds allow control of volume through controls on a connected device.

30

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones:



[33]

[30]

31



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume through controls on a connected device.

| **1[e]** a second set of controls for controlling a volume of external audio played by the headphones. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:  [1] |
|---|---|



[1]

"Samsung insists that the Galaxy Buds are for talking just as much as they are for listening. Thanks to so-called 'dual adaptive microphones,' one on the inside and one on the outside of each earbud, the company says the person on the other end of your calls will hear you more clearly. That's because the earbuds can pick up on your surroundings and automatically switch between the two sets of mics to reduce background noise for whoever you're talking to."[8]

Moreover, Samsung Galaxy Buds allow control of volume of ambient noise through controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



[33]

[35]



[35]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume of ambient noise through controls on a connected device.

| Claim 2 | Evidence |
|---|---|
| **2.** The audio system of claim 1, wherein the first set of controls and the second set of controls comprise touch sensitive controls. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving a user input:<br><br><br><br>[1]<br><br>## Using the touchpad<br><br>You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.<br><br><br><br>[1]<br><br>**Tap and hold**<br><br>• Activate a preset feature. [1] |

Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1   Launch the **Galaxy Wearable** app on the mobile device.

2   Tap **Touchpad**.

3   Tap **Left** or **Right** under **Touch and hold touchpad**.

4   Select a feature that you want to use as a preset tap-and-hold feature.

   • **Voice command**: Start a conversation with Bixby.
   • **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
   • **Volume down/Volume up**: Adjust the volume.

[1]

# Control with a touch

Easily switch tracks, take a call or turn up the volume
with a touch. Music automatically pauses when you
remove your Galaxy Buds and resumes with a tap when
you place them back in your ears.

[16]

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



Moreover, Samsung Galaxy Buds allow control of volume through touch sensitive controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving a user input:



[33]

[30]



[35]



[35]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume through touch sensitive controls on a connected device.

| Claim 3 | Evidence |
|---|---|
| **3.** The audio system of claim 1, wherein the headphones controller, the first set of controls and the second set of controls are a component of the headphones. | Samsung Galaxy Buds comprise a set of headphones with a headphones controller, a first set of controls and a second set of controls:<br><br>**Broadcom Wireless Audio Chip Powers Samsung Galaxy Buds**<br><br>Broadcom BCM43014 delivers premium Bluetooth sound and unmatched battery life in ultra-compact footprint<br><br>SAN JOSE, Calif., Feb. 28, 2019 (GLOBE NEWSWIRE) -- Broadcom Inc. (NASDAQ: AVGO) today unveiled the BCM43014 chip enabling the Samsung Galaxy Buds to deliver a premium audio experience. The BCM43014 is a highly-integrated low power SoC that brings together unique innovations in Bluetooth, audio DSP and sensor hub technology to render rich audio while delivering up to six hours of Bluetooth streaming or five hours of voice calls. [4] |

Built on Broadcom's unique combination of deep semiconductor expertise and wireless audio engineering, the BCM43014 is engineered to meet the design requirements for in-ear wireless devices. In addition to Bluetooth 5, the chip is packed with innovative features and capabilities that:

- Allows for seamless integration of advanced acoustic algorithms that reduce background noise to deliver rich sound.
- Delivers synchronized audio to both the earbuds for various daily user scenarios using Broadcom's InConcert® technology to create a truly wireless experience.
- Innovates with a holistic low power system-level design that spans radio design, protocol optimization and software techniques.
- Seamlessly connects both Buds with phone and quickly switches between devices with Broadcom's advanced Bluetooth pairing technology to deliver continuity of content for the consumer.
- Enables the integration of the multi-dimensional sensors behind the convenient and intuitive user interface on the Buds.
- Facilitates slim earbud design by integrating multiple audio components into a single chip and reducing the overall bill of materials.

[4]



[1]

## Using the touchpad

You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.



Touchpad [1]

## Tap and hold

- <u>Activate a preset feature.</u> [1]

Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

*1* Launch the **Galaxy Wearable** app on the mobile device.

*2* Tap **Touchpad**.

*3* Tap **Left** or **Right** under **Touch and hold touchpad**.

*4* Select a feature that you want to use as a preset tap-and-hold feature.
  - **Voice command**: Start a conversation with Bixby.
  - **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
  - **Volume down/Volume up**: Adjust the volume.

[1]

 [16]



[1]

Samsung Galaxy Buds+ comprise a set of headphones with a headphones controller, a first set of controls and a second set of controls:



[25]

[33]

[30]



[35]



[35]



[35]

| Claim 5 | Evidence |
|---|---|
| **5.** The audio system of claim 1, wherein the transmitted audio comprises audio received from an electronic device. | Samsung Galaxy Buds comprise a set of headphones for playing audio received from the electronic device:<br><br><br><br>Pair Samsung Galaxy Buds with your phone or tablet and go. Listen and chat during the day, then wirelessly recharge for 15 minutes to get up to 1.7 more hours of play time. With sound by AKG, Galaxy Buds deliver calls, your favorite podcasts and the music you love while keeping you aware of your surroundings when walking, working or working out.<br><br>[16]<br><br><br>Samsung Galaxy Buds+ comprise a set of headphones for playing audio received from the electronic device: |



[35]

| Claim 6 | Evidence |
|---|---|
| **6.** The audio system of claim 1, wherein the external audio comprises surrounding ambient noise received from an external microphone. | Samsung Galaxy Buds comprise an external microphone for receiving external audio comprising surrounding ambient noise:<br><br>**Adaptive Dual Microphone**<br><br>Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.<br><br>The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.<br>[17]<br><br><br>Galaxy Bud's Adaptive Dual Microphone mixes audio from an inner and outer microphone to produce clear voice calls. [17] |



[17]

Samsung Galaxy Buds+ comprise an external microphone for receiving external audio comprising surrounding ambient noise:

[33]

57

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]



‹ Using the earbuds

Hear your surroundings clearly while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

### Activate ambient sound mode from your mobile device

1   Launch the **Galaxy Wearable** app on the mobile device and tap the **Ambient sound** switch to activate the feature.

2   Drag the adjustment bar to adjust the ambient sound volume depending on the situation or place.

The ambient sound mode is activated and you can hear external sounds around you clearly.

[35]

59



[35]

| Claim 7 | Evidence |
|---|---|
| **7.** The audio system of claim 6, wherein the second set of controls control the volume level of ambient noise received through the headphones. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:<br><br>〈      Galaxy We   Search Home List<br><br>Ambient sound<br><br>Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations. If you want to use this feature, tap the switch to activate it.<br><br>You can temporarily activate the ambient sound mode with the touchpad, for up to one minute, even if you do not activate the ambient sound mode on your mobile device. Refer to Activating the quick ambient sound mode for more information.<br><br>· **Ambient sound volume**: You can control the volume depending on the situati [1] |



[17]

[17]

Moreover, Samsung Galaxy Buds allow control of volume of ambient noise through controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



[33]



[35]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume of ambient noise through controls on a connected device.

| Claim 8 | Evidence |
|---|---|
| **8.** The audio system of claim 1, wherein the audio system comprises a noise-canceling element. | Samsung Galaxy Buds comprise a set of headphones having an adaptive dual Microphone comprising noise-canceling element: |

**Adaptive Dual Microphone**

Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.

The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.

[17]



Galaxy Bud's Adaptive Dual Microphone mixes audio from an inner and outer microphone to produce clear voice calls.

[17]



[17]

On information and belief, Samsung Galaxy Buds+ comprise a set of headphones having an adaptive dual microphone comprising noise-canceling element:

[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]



[35]



## Activate ambient sound mode by tapping and holding the touchpad

You can activate ambient sound mode by tapping and holding the earbud's touchpad after setting it as a preset tap-and-hold feature.

1. Launch the **Galaxy Wearable** app on the mobile device and tap **Touchpad**.

2. Tap **Left** or **Right** under **Touch and hold touchpad** and select **Ambient sound**.

3. Tap and hold the left or right earbud.

   The ambient sound mode is activated and you can hear external sounds around you clearly.

   ⚠ When you activate ambient sound mode, you may hear sudden loud external sounds.

[35]

| Claim 9 | Evidence |
|---|---|
| **9[pre].** A set of headphones for removably coupling with a holder body having one or more magnetically attractable first surfaces comprising: | The preamble is non-limiting.  To the extent the preamble is determined to be limiting, Samsung Galaxy Buds and Samsung Galaxy Buds+ comprise a set of headphones for removably coupling with a holder body having one or more magnetically attractable first surfaces:<br><br>Samsung Galaxy Buds comprise headphones for playing audio:<br><br><br><br>[1]<br><br>Samsung Galaxy Buds headphones comprise a charging case with one or more magnetically attractable surfaces: |



[1]

## Galaxy Buds: Features

The buds' most iconic feature is their **wireless charging case**. The small, oval container snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone into an extra wireless charger so that they can still charge Galaxy Buds on the go.

[2]



[3]



采用多颗磁铁辅助耳机定位。                                     [23]

English Translation: Use multiple magnets to assist in headphone positioning

Samsung Galaxy Buds+ comprise earphones for playing audio:



[33]

Samsung Galaxy Buds+ comprise a charging case with one or more magnetically attractable surfaces:



[33]

[32]

[32]

| **9[a]** a set of headphones for playing transmitted audio and external audio, the set of headphones comprising one or more magnetic second surfaces; | Samsung Galaxy Buds comprise a set of headphones for playing audio comprising one or more magnetic second surfaces: |
|---|---|
| |  [1]<br><br>**Galaxy Buds: Features**<br><br>The buds' most iconic feature is their **wireless charging case**. The small, oval container snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone into an extra wireless charger so that they can still charge Galaxy Buds on the go. [2] |



[3]



[23]

Samsung Galaxy Buds+ comprise a set of headphones for playing audio comprising one or more magnetic second surfaces:

[33]

==Your device contains magnets==, which may affect medical devices, such as pacemakers or implantable cardioverter defibrillators. If you are using any of these medical devices, keep your device a safe distance from them and consult with your physician before you use the device. [33]



[25]



[25]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

80

| **9[b]**  a microphone for receiving the external audio; and | Samsung Galaxy Buds comprise a microphone for receiving external audio:<br><br><br><br>[1] |



Galaxy We

Search  Home  List

## Ambient sound

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations. If you want to use this feature, tap the switch to activate it.

You can temporarily activate the ambient sound mode with the touchpad, for up to one minute, even if you do not activate the ambient sound mode on your mobile device. Refer to Activating the quick ambient sound mode for more information.

· **Ambient sound volume**: You can control the volume depending on the situati[1]

### Adaptive Dual Microphone

Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.

The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.

[17]

**Adaptive Dual Microphone**

Galaxy Bud's Adaptive Dual Microphone mixes audio from an inner and outer microphone to produce clear voice calls.

[17]



[17]

"Samsung insists that the Galaxy Buds are for talking just as much as they are for listening. Thanks to so-called 'dual adaptive microphones,' one on the inside and one on the outside of each earbud, the company says the person on the other end of your calls will hear you more clearly. That's because the earbuds can pick up on your surroundings and automatically switch between the two sets of mics to reduce background noise for whoever you're talking to."[8]

Samsung Galaxy Buds+ comprise a microphone for receiving external audio:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

85



[35]



### Using the earbuds

**Activate ambient sound mode by tapping and holding the touchpad**

You can activate ambient sound mode by tapping and holding the earbud's touchpad after setting it as a preset tap-and-hold feature.

1. Launch the **Galaxy Wearable** app on the mobile device and tap **Touchpad**.

2. Tap **Left** or **Right** under **Touch and hold touchpad** and select **Ambient sound**.

3. Tap and hold the left or right earbud.

   The ambient sound mode is activated and you can hear external sounds around you clearly.

   ⚠ When you activate ambient sound mode, you may hear sudden loud external sounds.

[35]

87

| | |
|---|---|
| **9[c]** a headphones controller coupled to receive an activation signal when a magnetic decoupling is detected as one or more of the magnetic second surfaces is removed and decoupled from one of the one or more magnetically attractable first surfaces, wherein the activation signal causes the transmitted audio to be played in the headphones. | Samsung Galaxy Buds comprise a headphones controller coupled to receive an activation signal when one or more of the set of earphones are decoupled from one of the one or more magnets:<br><br>**Broadcom Wireless Audio Chip Powers Samsung Galaxy Buds**<br><br>Broadcom BCM43014 delivers premium Bluetooth sound and unmatched battery life in ultra-compact footprint<br><br>SAN JOSE, Calif., Feb. 28, 2019 (GLOBE NEWSWIRE) -- Broadcom Inc. (NASDAQ: AVGO) today unveiled the BCM43014 chip enabling the Samsung Galaxy Buds to deliver a premium audio experience. The BCM43014 is a highly-integrated low power SoC that brings together unique innovations in Bluetooth, audio DSP and sensor hub technology to render rich audio while delivering up to six hours of Bluetooth streaming or five hours of voice calls. [4]<br><br>Built on Broadcom's unique combination of deep semiconductor expertise and wireless audio engineering, the BCM43014 is engineered to meet the design requirements for in-ear wireless devices. In addition to Bluetooth 5, the chip is packed with innovative features and capabilities that:<br><br>- Allows for seamless integration of advanced acoustic algorithms that reduce background noise to deliver rich sound.<br>- Delivers synchronized audio to both the earbuds for various daily user scenarios using Broadcom's InConcert® technology to create a truly wireless experience.<br>- Innovates with a holistic low power system-level design that spans radio design, protocol optimization and software techniques.<br>- Seamlessly connects both Buds with phone and quickly switches between devices with Broadcom's advanced Bluetooth pairing technology to deliver continuity of content for the consumer.<br>- Enables the integration of the multi-dimensional sensors behind the convenient and intuitive user interface on the Buds.<br>- Facilitates slim earbud design by integrating multiple audio components into a single chip and reducing the overall bill of materials. [4]<br><br>Galaxy Buds also comprise an ABOV F6432AUB Micro Controller Unit. |

88

[14]

On information and belief, the ABOV F6432AUB and the controller and/or sensor hub of the BCM43014 System on Chip and are responsive to a magnetic Hall sensor:



[5]



[14]

On information and belief, Galaxy Buds are compatible with Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.

Compatibilty

Samsung, other Android: Android 5.0 or higher & RAM 1.5GB above

[5]

# Quick pairing out of the box

Just pop open and pair. Galaxy Buds work right out of the box, connecting with your Galaxy devices in an instant via Bluetooth to get you up to the beat and well on your way. 1,2,3

[6]



[15]

Galaxy Buds automatically connects to the user's smartphone when the case is open and disconnects when placed back in the case. With a simple touch on the surface of an earbud, users can play or pause the current song, or move onto the previous or next song. Users can even give orders or turn on and off certain features using voice command.

[15]

Also, Samsung Galaxy buds detect if one or more earbuds are decoupled from one or more of the magnetically attractable surfaces attached to the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnetically attractable surfaces attached to the holder body, the audio stops.

The **Galaxy Buds** will detect how many earbuds are in its case and will switch the sound output to mono or stereo based on how many earbuds are in the charging case. If you put both **Galaxy Buds** into the charging case, the music will stop automatically.



[24]

On information and belief, Galaxy Buds are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

**Android & iOS compatible**

The Galaxy Buds pair with both Android and iOS compatible smartphones via Bluetooth connection.[4]

[7]

When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds earphones activate and begin playing audio when removed from the charging case.

The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds earphones are deactivated and cannot play audio when in the holder.

Samsung Galaxy Buds+ comprise a headphones controller coupled to receive an activation signal when one or more of the set of earphones are decoupled from one of the one or more magnets:

[25]

Galaxy Buds+ also include Samsung S2MUA01X chips. On information and belief, the S2MUA01X chips include a controller unit.



[32

On information and belief, BCM43015 System on Chip includes a control unit and a sensor hub.  On information and belief, the Samsung S2MUA01X chips and the control unit and/or sensor hub of the BCM43015 System on Chip are responsive to a magnetic Hall sensor:

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

97



[31]



[32]

|  | Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the magnets comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops. |
|  | The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds+ earphones are deactivated and cannot play audio when in the holder. |
|  | Galaxy Buds+ are compatible with smartphones and tablets running Android 5.0 or higher, including without limitation Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, Galaxy S10e, S20, S20+ and S20 Ultra 5G. |
|  | In addition, Galaxy Buds+ are compatible with iPhone7 or later models with iOS10 of higher. |
|  | [10] Compatible with smartphones and tablet running Android 5.0 or higher and with more than 1.5GB of RAM. Also compatible with iPhone7 or later models with the iOS 10 or higher. [34] |
| Claim 10 | Evidence |
| **10.** The set of headphones of claim 9, wherein a first set of controls control the volume of transmitted audio played by the headphones and a second set of controls control the volume of external audio played by the headphones. | Samsung Galaxy Buds comprise a set of headphones with the first set of controls to control the volume of transmitted audio played by the headphones and a second set of controls to control the volume of external audio played by the headphones: |



[1]

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones:

## Using the touchpad

You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.

Touchpad

[1]

**Tap and hold**

- Activate a preset feature. [1]

101

### Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

*1* Launch the **Galaxy Wearable** app on the mobile device.

*2* Tap **Touchpad**.

*3* Tap **Left** or **Right** under **Touch and hold touchpad**.

*4* Select a feature that you want to use as a preset tap-and-hold feature.

- **Voice command**: Start a conversation with Bixby.
- **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
- **Volume down/Volume up**: Adjust the volume.

[1]



[16]

102

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

〈          Galaxy We 　 🔍  🏠  ☰
　　　　　　　　　Search Home List

**Ambient sound**

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations. If you want to use this feature, tap the switch to activate it.

🌿  You can temporarily activate the ambient sound mode with the touchpad, for up to one minute, even if you do not activate the ambient sound mode on your mobile device. Refer to Activating the quick ambient sound mode for more information.

· **Ambient sound volume**: You can control the volume depending on the situati⚙ [1]

103

**Adaptive Dual Microphone**

Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.

The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.

[17]

Moreover, Samsung Galaxy Buds allow control of volume through controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with the first set of controls to control the volume of transmitted audio played by the headphones and a second set of controls to control the volume of external audio played by the headphones:



[33]



[30]

[35]

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

Samsung Galaxy Buds+ comprise a microphone for receiving external audio:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

106



[35]



[35]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume through controls on a connected device.

| Claim 11 | Evidence |
|---|---|
| **11.** The set of headphones of claim 10, wherein the first set of controls and the second set of controls comprise touch sensitive controls. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling audio played by the headphones:<br><br><br>[1]<br><br>**Using the touchpad**<br><br>You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.<br><br><br>[1]<br><br>**Tap and hold**<br><br>• Activate a preset feature. [1] |

Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1. Launch the **Galaxy Wearable** app on the mobile device.
2. Tap **Touchpad**.
3. Tap **Left** or **Right** under **Touch and hold touchpad**.
4. Select a feature that you want to use as a preset tap-and-hold feature.
   - **Voice command**: Start a conversation with Bixby.
   - **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
   - **Volume down/Volume up**: Adjust the volume.

[1]

## Control with a touch

Easily switch tracks, take a call or turn up the volume with a touch. Music automatically pauses when you remove your Galaxy Buds and resumes with a tap when you place them back in your ears.

[16]

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



## Ambient sound

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations. If you want to use this feature, tap the switch to activate it.

You can temporarily activate the ambient sound mode with the touchpad, for up to one minute, even if you do not activate the ambient sound mode on your mobile device. Refer to Activating the quick ambient sound mode for more information.

· **Ambient sound volume**: You can control the volume depending on the situat' [1]

Moreover, Samsung Galaxy Buds+ allow control of volume through touch sensitive controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input for controlling audio played by the headphones:

[33]



[30]

[35]

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

Samsung Galaxy Buds+ comprise a microphone for receiving external audio:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

114



[35]



[35]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume through touch sensitive controls on a connected device.

| Claim 13 | Evidence |
|---|---|
| **13.** The set of headphones of claim 10, wherein the first set of controls and the second set of controls are a component of the headphones. | Samsung Galaxy Buds include a set of headphones with a touchpad for controlling audio played by the headphones:<br><br><br>[1]<br><br>**Using the touchpad**<br><br>You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.<br><br><br>[1] |

## Tap and hold

- **Activate a preset feature.** [1]

Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1 Launch the **Galaxy Wearable** app on the mobile device.

2 Tap **Touchpad**.

3 Tap **Left** or **Right** under **Touch and hold touchpad**.

4 Select a feature that you want to use as a preset tap-and-hold feature.

- **Voice command**: Start a conversation with Bixby.
- **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
- **Volume down/Volume up**: Adjust the volume.

[1]



### Control with a touch

Easily switch tracks, take a call or turn up the volume with a touch. Music automatically pauses when you remove your Galaxy Buds and resumes with a tap when you place them back in your ears.

[16]

119

Samsung Galaxy Buds comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

 [1]

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input for controlling audio played by the headphones:



[33]

[30]

[35]

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

Samsung Galaxy Buds+ comprise a microphone for receiving external audio:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

[35]



[35]



[35]

| Claim 14 | Evidence |
|---|---|
| **14.** The set of headphones of claim 9, wherein the transmitted audio comprises audio received from an electronic device. | Samsung Galaxy Buds comprise a set of headphones for playing audio received from the electronic device:<br><br>**Perfectly paired**<br><br>Pair Samsung Galaxy Buds with your phone or tablet and go. Listen and chat during the day, then wirelessly recharge for 15 minutes to get up to 1.7 more hours of play time. With sound by AKG, Galaxy Buds deliver calls, your favorite podcasts and the music you love while keeping you aware of your surroundings when walking, working or working out.<br><br>[16]<br><br>Samsung Galaxy Buds+ comprise a set of headphones for playing audio received from the electronic device: |



[35]

| Claim 15 | Evidence |
|---|---|
| **15.** The set of headphones of claim 9, wherein the external audio comprises surrounding ambient noise received from the external microphone. | Samsung Galaxy Buds comprise a set of earphones wherein external audio comprises surrounding ambient noise; the headphones use an Adaptive dual microphone and  external (e.g. Outer) microphone to detect and control ambient noise:<br><br>**Adaptive Dual Microphone**<br><br>Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.<br><br>The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.<br>[17]<br><br>## Adaptive Dual Microphone<br><br>Galaxy Bud's Adaptive Dual Microphone mixes audio from an inner and outer microphone to produce clear voice calls.<br>[17] |


[17]

Samsung Galaxy Buds+ comprise a set of earphones wherein external audio comprises surrounding ambient noise; the headphones use microphones to detect and control ambient noise:

Samsung Galaxy Buds+ comprise a microphones for receiving external audio:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

130



[35]





[35]

| Claim 16 | Evidence |
|---|---|
| **16.** The set of headphones of claim 10, wherein the second set of controls control the level of ambient noise played by the headphones. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control ambient noise played by the headphones:  [1]  [17] |

134



[17]

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input to activate the ambient sound mode to control ambient noise played by the headphones:



[33]

135

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

136



[35]



Hear your surroundings clearly while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

**Activate ambient sound mode from your mobile device**

1  Launch the **Galaxy Wearable** app on the mobile device and tap the **Ambient sound** switch to activate the feature.

2  Drag the adjustment bar to adjust the ambient sound volume depending on the situation or place.

The ambient sound mode is activated and you can hear external sounds around you clearly.

[35]



< **Using the earbuds**

**Activate ambient sound mode by tapping and holding the touchpad**

You can activate ambient sound mode by tapping and holding the earbud's touchpad after setting it as a preset tap-and-hold feature.

1  Launch the **Galaxy Wearable** app on the mobile device and tap **Touchpad**.

2  Tap **Left** or **Right** under **Touch and hold touchpad** and select **Ambient sound**.

3  Tap and hold the left or right earbud.

   The ambient sound mode is activated and you can hear external sounds around you clearly.

(!)  When you activate ambient sound mode, you may hear sudden loud external sounds.

[35]

139

| Claim 17 | Evidence |
|---|---|
| **17.** The set of headphones of claim 9, wherein the headphones comprise a noise-canceling element. | Samsung Galaxy Buds comprise a set of headphones comprising a noise-canceling element:<br><br>**Adaptive Dual Microphone**<br><br>Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.<br><br>The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.<br>[17]<br><br># Adaptive Dual Microphone<br><br>— <br><br>Galaxy Bud's Adaptive Dual Microphone mixes audio from an inner and outer microphone to produce clear voice calls.  [17] |



[17]

Samsung Galaxy Buds+ comprise a set of headphones comprising a noise-canceling element:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

142



[35]



☑ R ☺ ●                    ❊ ☂ ▬ ▫ 99% 🔋 12:07

⌂    🔒 adcenter.samsung.com    ②    ⋮

‹  Using the earbuds        🔍  🏠  ☰
                           Search Home List

Hear your surroundings clearly while you
are listening to music outdoors, so you
can quickly detect any potentially
dangerous situations.

**Activate ambient sound mode
from your mobile device**

*1*  Launch the **Galaxy Wearable** app on
    the mobile device and tap the **Ambient
    sound** switch to activate the feature.

*2*  Drag the adjustment bar to adjust the
    ambient sound volume depending on
    the situation or place.

    The ambient sound mode is activated
    and you can hear external sounds
    around you clearly.

[35]

144



[35]

145

| Claim 18 | Evidence |
|---|---|
| **18[pre].** A method of operating a set of headphones comprising: | The preamble is non-limiting.  To the extent the preamble is determined to be limiting, Samsung Galaxy Buds headphones comprise a charging case with one or more magnetic surfaces:<br><br><br>[1]<br><br><br>[1] |

### Galaxy Buds: Features

The buds' most iconic feature is their **wireless charging case**. The small, oval container snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone into an extra wireless charger so that they can still charge Galaxy Buds on the go.

[2]





[3]

147

The preamble is non-limiting.  To the extent the preamble is determined to be limiting, Samsung Galaxy Buds+ headphones comprise a charging case with one or more magnetic surfaces:

Samsung Galaxy Buds+ comprise earphones for playing audio:



[33]

Samsung Galaxy Buds+ comprise a charging case with one or more magnetically attractable surfaces:



[33]

148



[32]



[32]

| | |
|---|---|
| **18[a]** removably coupling a magnetic surface of the set of headphones to a magnetically attractable surface of a holder body, | Samsung Galaxy Buds comprise a set of headphones for removably coupling a magnetic surface of the set of headphones to a magnetically attractable surface of a holder body: |



[1]

### Galaxy Buds: Features

The buds' most iconic feature is their **wireless charging case**. The small, oval container snaps the Galaxy Buds into place using tiny magnets and can be placed on any Qi wireless charging mat to juice up. The S10's Wireless PowerShare lets users turn their smartphone into an extra wireless charger so that they can still charge Galaxy Buds on the go.

[2]

I used a paperclip to locate all 15 magnets in the case and buds (excluding the 2 driver magnets in the buds themselves). Interesting.
Uploaded Apr 12



[3]

采用多颗磁铁辅助耳机定位。 [23]

English Translation: Use multiple magnets to assist in headphone positioning



[23]

Samsung Galaxy Buds+ comprise a magnetic surface for coupling to a magnetically attractable surface of a holder body:

Samsung Galaxy Buds+ comprise earphones with a magnetic surface:



[33]

152

==Your device contains magnets==, which may affect medical devices, such as pacemakers or implantable cardioverter defibrillators. If you are using any of these medical devices, keep your device a safe distance from them and consult with your physician before you use the device. [33]



[25]



[25]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. ==The other half of each earbud contains== the charging contacts, ==an interfacing microphone,== ==a proximity sensor,== as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

Samsung Galaxy Buds+ comprise a charging case with one or more magnetically attractable surfaces:



[33]

[32]

[32]

| | |
|---|---|
| **18[b]** sending an activation signal to a controller when a magnetic decoupling is detected as the magnetic surface of the set of headphones is removed and decoupled from the magnetically attractable surface of the holder body, wherein the activation signal causes transmitted audio to be played in the headphones; | Samsung Galaxy Buds comprise a controller coupled to receive an activation signal when one or more of the magnetic surfaces in the set of earphones are decoupled from one of the magnetically attractable surfaces in the holder body:<br><br>**Broadcom Wireless Audio Chip Powers Samsung Galaxy Buds**<br><br>Broadcom BCM43014 delivers premium Bluetooth sound and unmatched battery life in ultra-compact footprint<br><br>SAN JOSE, Calif., Feb. 28, 2019 (GLOBE NEWSWIRE) -- Broadcom Inc. (NASDAQ: AVGO) today unveiled the BCM43014 chip enabling the Samsung Galaxy Buds to deliver a premium audio experience. The BCM43014 is a highly-integrated low power SoC that brings together unique innovations in Bluetooth, audio DSP and sensor hub technology to render rich audio while delivering up to six hours of Bluetooth streaming or five hours of voice calls. [4]<br><br>Built on Broadcom's unique combination of deep semiconductor expertise and wireless audio engineering, the BCM43014 is engineered to meet the design requirements for in-ear wireless devices. In addition to Bluetooth 5, the chip is packed with innovative features and capabilities that:<br><br>- Allows for seamless integration of advanced acoustic algorithms that reduce background noise to deliver rich sound.<br>- Delivers synchronized audio to both the earbuds for various daily user scenarios using Broadcom's InConcert® technology to create a truly wireless experience.<br>- Innovates with a holistic low power system-level design that spans radio design, protocol optimization and software techniques.<br>- Seamlessly connects both Buds with phone and quickly switches between devices with Broadcom's advanced Bluetooth pairing technology to deliver continuity of content for the consumer.<br>- Enables the integration of the multi-dimensional sensors behind the convenient and intuitive user interface on the Buds.<br>- Facilitates slim earbud design by integrating multiple audio components into a single chip and reducing the overall bill of materials. [4]<br><br>Galaxy Buds also comprise an ABOV F6432AUB Micro Controller Unit. |

[14]

On information and belief, the ABOV F6432AUB and the controller and/or sensor hub of the BCM43014 System on Chip and are responsive to a magnetic Hall sensor:



[5]

[14]

On information and belief, Galaxy Buds are compatible with Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.

Compatibilty

Samsung, other Android: Android 5.0 or higher & RAM 1.5GB above

[5]

159

# Quick pairing out of the box

Just pop open and pair. Galaxy Buds work right out of the box, connecting with your Galaxy devices in an instant via Bluetooth to get you up to the beat and well on your way. 1,2,3

[6]



[15]

Galaxy Buds automatically connects to the user's smartphone when the case is open and disconnects when placed back in the case. With a simple touch on the surface of an earbud, users can play or pause the current song, or move onto the previous or next song. Users can even give orders or turn on and off certain features using voice command.

[15]

Also, Samsung Galaxy buds detect if one or more earbuds are decoupled from one or more of the magnetically attractable surfaces attached to the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnetically attractable surfaces attached to the holder body, the music stops automatically.

The **Galaxy Buds** will detect how many earbuds are in its case and will switch the sound output to mono or stereo based on how many earbuds are in the charging case. If you put both **Galaxy Buds** into the charging case, the music will stop automatically.



[24]

On information and belief, Galaxy Buds are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

161

**Android & iOS compatible**

The Galaxy Buds pair with both
Android and iOS compatible
smartphones via Bluetooth
connection.[4]

[7]

When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds earphones activate and begin playing audio when removed from the charging case.

The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds earphones are deactivated and cannot play audio when in the holder.

Samsung Galaxy Buds+ comprise a controller coupled to receive an activation signal when one or more of the magnetic surfaces in the set of earphones are decoupled from one of the magnetically attractable surfaces in the holder body:



[25]

Galaxy Buds+ also comprise Samsung S2MUA01X chips. On information and belief, the S2MUA01X chips include a controller unit.

[32]

On information and belief, BCM43015 System on Chip includes a control unit and a sensor hub.  On information and belief, the Samsung S2MUA01X chips and the control unit and/or sensor hub of the BCM43015 System on Chip are responsive to a magnetic Hall sensor:

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. ==The other half of each earbud contains== the charging contacts, ==an interfacing microphone,== ==a proximity sensor,== as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]



[31]



[32]

Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the magnets comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops.

The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds+ earphones are deactivated and cannot play audio when in the holder.

Galaxy Buds+ are compatible with smartphones and tablets running Android 5.0 or higher, including without limitation Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, Galaxy S10e, S20, S20+ and S20 Ultra 5G.

In addition, Galaxy Buds+ are compatible with iPhone7 or later models with iOS10 of higher.

[10] Compatible with smartphones and tablet running Android 5.0 or higher and with more than 1.5GB of RAM. Also compatible with iPhone7 or later models with the iOS 10 or higher. [34]

| | |
|---|---|
| **18[c]** receiving the transmitted audio from an electronic device; | Samsung Galaxy Buds comprise a set of headphones for receiving the transmitted audio from an electronic device:<br><br><br><br>[1]<br><br># Perfectly paired<br><br>Pair Samsung Galaxy Buds with your phone or tablet and go. Listen and chat during the day, then wirelessly recharge for 15 minutes to get up to 1.7 more hours of play time. With sound by AKG, Galaxy Buds deliver calls, your favorite podcasts and the music you love while keeping you aware of your surroundings when walking, working or working out.<br><br>[16]<br><br>Samsung Galaxy Buds+ comprise a set of headphones for receiving the transmitted audio from an electronic device: |

169



[33]



[35]

| | |
|---|---|
| **18[d]** receiving external audio from a microphone of the headphones; and | Samsung Galaxy Buds comprise a set of headphones for receiving external audio: |

171



[1]

[1]

"Samsung insists that the Galaxy Buds are for talking just as much as they are for listening. Thanks to so-called 'dual adaptive microphones,' one on the inside and one on the outside of each earbud, the company says the person on the other end of your calls will hear you more clearly. That's because the earbuds can pick up on your surroundings and automatically switch between the two sets of mics to reduce background noise for whoever you're talking to."[8]

**Adaptive Dual Microphone**

Galaxy Buds' noise-canceling capability extends beyond the listening experience. Featuring an Adaptive Dual Microphone, the wireless earbuds also minimize external noise in phone conversations.

The Adaptive Dual Microphone combines signals from an inner and outer microphone. While the outer receiver detects audio in the surrounding area, the inner microphone picks up vibrations resonating inside the body. By processing and mixing the two sources, the Adaptive Dual Microphone produces an accurate representation of the user's voice. The microphones are further enhanced by SolomonVoice technology and Wind Noise Reduction capability to help Galaxy Buds deliver the user's voice clearly.

[17]



Galaxy Bud's Adaptive Dual Microphone mixes audio from an inner and outer microphone to produce clear voice calls.

[17]

173



[17]

Samsung Galaxy Buds+ comprise a set of headphones for receiving external audio:



[33]

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

175



[35]



## Using the earbuds

**Activate ambient sound mode by tapping and holding the touchpad**

You can activate ambient sound mode by tapping and holding the earbud's touchpad after setting it as a preset tap-and-hold feature.

*1* Launch the **Galaxy Wearable** app on the mobile device and tap **Touchpad**.

*2* Tap **Left** or **Right** under **Touch and hold touchpad** and select **Ambient sound**.

*3* Tap and hold the left or right earbud.

The ambient sound mode is activated and you can hear external sounds around you clearly.

When you activate ambient sound mode, you may hear sudden loud external sounds.

[35]

177

| | |
|---|---|
| **18[e].** adjusting a volume level of one of the transmitted audio and the external audio. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling the volume of the transmitted audio played by the headphones: |

Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling the volume of the transmitted audio played by the headphones:

## Using the touchpad

You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.



Touchpad     [1]

## Tap and hold

- Activate a preset feature. [1]

Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1 Launch the **Galaxy Wearable** app on the mobile device.

2 Tap **Touchpad**.

3 Tap **Left** or **Right** under **Touch and hold touchpad**.

4 Select a feature that you want to use as a preset tap-and-hold feature.

- **Voice command**: Start a conversation with Bixby.
- **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
- **Volume down/Volume up**: Adjust the volume.

[1]



**Control with a touch**

Easily switch tracks, take a call or turn up the volume
with a touch. Music automatically pauses when you
remove your Galaxy Buds and resumes with a tap when
you place them back in your ears.

[16]

Samsung Galaxy Buds comprise a touchpad for receiving the user input to
activate the ambient sound mode to control the volume level of ambient noise
received through the headphones:

179



[1]

[17]



[17]

Moreover, Samsung Galaxy Buds allow control of volume through controls on a connected device.

181

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input for controlling the volume of the transmitted audio played by the headphones:



[33]

[30]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume through controls on a connected device.

Samsung Galaxy Buds+ comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

[33]



[35]

184





[35]

Moreover, Samsung Galaxy Buds+ allow control of volume of ambient noise through controls on a connected device.

| Claim 19 | Evidence |
|---|---|
| **19.** The method of claim 18, wherein a first set of controls control the volume of transmitted audio played by the headphones and a second set of controls control the volume of external audio played by the headphones. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones:<br><br>Using the touchpad<br><br>You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.<br><br><br><br>Touchpad    [1]<br><br>**Tap and hold**<br>• Activate a preset feature. [1] |

### Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1   Launch the **Galaxy Wearable** app on the mobile device.

2   Tap **Touchpad**.

3   Tap **Left** or **Right** under **Touch and hold touchpad**.

4   Select a feature that you want to use as a preset tap-and-hold feature.

- **Voice command**: Start a conversation with Bixby.
- **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
- **Volume down/Volume up**: Adjust the volume.

[1]



[16]

Samsung Galaxy Buds comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



[1]



[17]

189

Moreover, Samsung Galaxy Buds allow control of volume through controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones:



[33]



[30]

190



[35]

Samsung Galaxy Buds+ comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

Moreover, Samsung Galaxy Buds+ allow control of volume through controls on a connected device.

Samsung Galaxy Buds comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

[33]

191



[35]



R ⊙ ● ⬤                    ⬤ 99% 12:07

adcenter.samsung.com   [2]   ⋮

< Using the earbuds

Hear your surroundings clearly while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

### Activate ambient sound mode from your mobile device

1 Launch the **Galaxy Wearable** app on the mobile device and tap the **Ambient sound** switch to activate the feature.

2 Drag the adjustment bar to adjust the ambient sound volume depending on the situation or place.

The ambient sound mode is activated and you can hear external sounds around you clearly.

[35]

193



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume of ambient noise through controls on a connected device.

| Claim 20 | Evidence |
|---|---|
| **20.** The method of claim 19, wherein the first set of controls and the second set of controls comprise touch sensitive controls. | Samsung Galaxy Buds comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones:<br><br>**Using the touchpad**<br><br>You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad.<br><br><br><br>Touchpad  [1]<br><br>**Tap and hold**<br><br>• Activate a preset feature.  [1]<br><br>Setting a preset tap-and-hold feature<br><br>You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.<br><br>*1* Launch the **Galaxy Wearable** app on the mobile device.<br><br>*2* Tap **Touchpad**.<br><br>*3* Tap **Left** or **Right** under **Touch and hold touchpad**.<br><br>*4* Select a feature that you want to use as a preset tap-and-hold feature.<br><br>• **Voice command**: Start a conversation with Bixby.<br>• **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.<br>• **Volume down/Volume up**: Adjust the volume.<br>[1] |

 [16]

Moreover, Samsung Galaxy Buds allow control of volume of ambient noise through touch sensitive controls on a connected device.

Samsung Galaxy Buds comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

[1]

Moreover, Samsung Galaxy Buds allow control of volume of ambient noise through touch sensitive controls on a connected device.

Samsung Galaxy Buds+ comprise a set of headphones with a touchpad for receiving the user input for controlling a volume of the transmitted audio played by the headphones:

197



[33]

[30]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume through controls on a connected device.

Samsung Galaxy Buds comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:

[33]

199



[35]



Hear your surroundings clearly while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

### Activate ambient sound mode from your mobile device

*1* Launch the **Galaxy Wearable** app on the mobile device and tap the **Ambient sound** switch to activate the feature.

*2* Drag the adjustment bar to adjust the ambient sound volume depending on the situation or place.

The ambient sound mode is activated and you can hear external sounds around you clearly.

[35]



[35]

Moreover, Samsung Galaxy Buds+ allow control of volume of ambient noise through touch senwsitive controls on a connected device.

202

| Claim 22 | Evidence |
|---|---|
| **22.** The method of claim 19, wherein the first set of controls and the second set of controls are a component of the headphones. | Samsung Galaxy Buds include a set of headphones with a touchpad for controlling the transmitted audio and ambient sound played by the headphones:<br><br><br><br>[1]<br><br>Using the touchpad<br><br>You can control music playback, answer or reject calls, and start a conversation with Bixby using the touchpad. |

203



Touchpad [1]

## Tap and hold

- Activate a preset feature. [1]

Setting a preset tap-and-hold feature

You can select a preset tap-and-hold feature of each earbud to activate features quickly and conveniently.

1 Launch the **Galaxy Wearable** app on the mobile device.

2 Tap **Touchpad**.

3 Tap **Left** or **Right** under **Touch and hold touchpad**.

4 Select a feature that you want to use as a preset tap-and-hold feature.
  - **Voice command**: Start a conversation with Bixby.
  - **Quick ambient sound**: Temporarily hear external sounds around you for up to one minute while decreasing the music volume.
  - **Volume down/Volume up**: Adjust the volume.

[1]



[16]

Samsung Galaxy Buds comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



[1]

Samsung Galaxy Buds+ comprise a touchpad for receiving the user input to control the volume level of transmitted audio received through the headphones:



[33]

[30]

[35]

Samsung Galaxy Buds+ comprise a touchpad for receiving the user input to activate the ambient sound mode to control the volume level of ambient noise received through the headphones:



[33]

[35]

208



[35]



[35]

| Claim 23 | Evidence |
|---|---|
| **23[pre]** An audio system comprising: | The preamble is not limiting. |
| **23[a]** a first earphone comprising a magnet; | The Samsung Level U Pro Active Noise Canceling ("ANC") comprise a first earphone having a magnet:<br><br>Level U Pro ANC<br><br><br><br>[10] |

| | |
|---|---|
| **23[b]** a second earphone comprising a magnetically attractable surface for removably coupling with the magnet; | The Samsung Level U Pro ANC comprise a second earphone comprising a magnetically attractable surface for removably coupling with the magnet:<br><br>Level U Pro ANC<br><br><br><br>[10] |
| **23[c]** an electronic device controller configured to receive an activation signal when a magnetic decoupling is detected as the magnetically attractable surface is removed and decoupled from the magnet, wherein the activation signal causes transmitted audio to be played in the first earphone and the second earphone, further wherein the electronic device controller receives a deactivation signal when the magnetically attractable surface is again coupled to the magnet, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone; | The Samsung Level U Pro ANC comprises an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:<br><br>On information and belief, the Level U Pro ANC product use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12] |



[11]

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, LUP ANC is also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

<u>Level U Pro</u>

<u>Level U Pro ANC</u>

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro (0000) from the list.

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro ANC (0000) from the list.

On information and belief, when the earphones of the Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal.   On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

<u>Level U Pro ANC</u>



[14]

| | |
|---|---|
| | On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones. |
| **23[d]** a first set of controls for controlling a volume of the transmitted audio played by the first and second earphones; and | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a first set of controls for controlling a volume of the transmitted audio played by the first and second earphones:<br><br><br><br>Volume buttons • Press to adjust the volume during a call or media playback. [18] |

| **23[e]** a second set of controls for controlling a volume of external audio played by the first and second earphones. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprise a second set of controls for controlling a volume of external audio played by the first and second earphones: |
|---|---|
| |  [18] |

| Multifunction/ Talk button | · Press and hold for one second to reject a call or to activate ambient sound mode. |
|---|---|

[18]

## Using ambient sound mode

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

Press and hold the Multifunction button for one second to activate the feature. The headset will beep and vibrate when the feature is turned on.

Press and hold the Multifunction button for one second again to deactivate the feature. The headset will beep after the feature is turned off.

 · In ambient sound mode, feedback may occur when adjusting the volume or touching the microphone.

· In ambient sound mode, you can still hear loud external sounds. [18]

217

| Claim 24 | Evidence |
|---|---|
| **24.** The audio system of claim 23, wherein the transmitted audio comprises audio received from an electronic device. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones for playing transmitted audio received from an electronic device connected through Bluetooth:<br><br>## Connecting via Bluetooth<br><br>## Bluetooth<br><br>### About Bluetooth<br><br>Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.  [18]<br><br>## Connecting to other devices<br><br>This headset is compatible with Bluetooth-enabled devices.<br><br>1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.<br><br>When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.<br><br>2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.<br><br>For more information, refer to the other device's user manual.<br><br>3 **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.  [18] |

| Claim 25 | Evidence |
|---|---|
| **25.** The audio system of claim 23, wherein the external audio comprises surrounding ambient noise received from an external microphone. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones with an external microphone for receiving the surrounding ambient noise:<br><br>About This Product<br><br>Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers.<br><br>[19]<br><br>With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises.<br><br>[20] |

| Claim 26 | Evidence |
|---|---|
| **26.** The audio system of claim 25, wherein the second set of controls control the volume level of ambient noise received through the earphones. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprise a second set of controls for controlling a volume of external audio played by the first and second earphones:<br><br><br><br>[18]<br><br>Multifunction/ Talk button   ·   Press and hold for one second to reject a call or to activate ambient sound mode.   [18] |

## Using ambient sound mode

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

Press and hold the Multifunction button for one second to activate the feature. The headset will beep and vibrate when the feature is turned on.

Press and hold the Multifunction button for one second again to deactivate the feature. The headset will beep after the feature is turned off.

 · In ambient sound mode, feedback may occur when adjusting the volume or touching the microphone.

· In ambient sound mode, you can still hear loud external sounds.  [18]

221

| Claim 27 | Evidence |
|---|---|
| **27.** The audio system of claim 23, wherein the audio system comprises a noise canceling element. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a noise-canceling element:<br><br>About This Product<br><br>Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers.<br>[19]<br><br>With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises.<br>[20] |

| Claim 28 | Evidence |
|---|---|
| **28[pre]** A method of operating an electronic device comprising: | The preamble is not limiting. |
| **28[a]** detecting an engagement status of a magnetic surface of a first earphone with a magnetically attractable surface of a second earphone; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") can detect the engagement status of a magnetic surface of a first earphone with a magnetically attractable surface of a second earphone:<br><br>Level U Pro    Level U Pro ANC<br><br><br><br>[9]    [10]<br><br>Level U Pro |

# Style & Performance

The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[21]

Level U Pro ANC

<table>
<tr>
<td></td>
<td>

## Style & Performance

The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[19]
</td>
</tr>
<tr>
<td>

**28[b]** sending an activation signal to an electronic device when a magnetic decoupling is detected as the magnetic surface of the first earphone is removed and decoupled from the magnetically attractable surface of the second earphone, wherein the activation signal causes transmitted audio to be played in the first earphone and the second earphone;
</td>
<td>

The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:

On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/$I^2$C integrated circuit communication protocol port.   The figure below shows the architecture of the CSR SoC. On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]
</td>
</tr>
</table>

225



[11]

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

<u>Level U Pro</u>

<u>Level U Pro ANC</u>

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro (0000) from the list.

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro ANC (0000) from the list.

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal. On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

Level U Pro



[13]

## Level U Pro ANC



[14]

| | |
|---|---|
| **28[c]** sending a deactivation signal to the electronic device when the magnetic surface of the first earphone is again coupled to the magnetically attractable surface of the second earphone, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone; | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives a deactivation signal when the earphones are magnetically coupled. [12]<br><br><br>[11] |

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

Level U Pro                                        Level U Pro ANC

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1   **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2   **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3   **Other device** Tap **Samsung Level U Pro (0000)** from the list.

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1   **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2   **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3   **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop being played in the first and second earphones.

Level U Pro

232



[13]

## Level U Pro ANC



[14]

| | |
|---|---|
| **28[d]** operating the electronic device based upon the engagement status of the magnetic surface of the first earphone with the magnetically attractable surface of the second earphone; | The Samsung Level U Pro and Level U Pro ANC can operate (e.g. Controlling calls and music functionality) the electronic device based upon the engagement status of the magnetic surface of the first earphone with the magnetically attractable surface of the second earphone;<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/$I^2$C integrated circuit communication protocol port.   The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]<br><br><br>[11] |

235

CSR8675 Block Diagram

[12]

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal.  On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

Level U Pro



[13]

Level U Pro ANC



[14]

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

| **28[e]** receiving the transmitted audio from the electronic device; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones for playing transmitted audio received from an electronic device connected through Bluetooth: |
|---|---|

Level U Pro

# Connecting via Bluetooth

## Bluetooth

### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

[22]

## Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap **Samsung Level U Pro (0000)** from the list.

[22]

239

<u>Level U Pro ANC</u>

# Connecting via Bluetooth

## Bluetooth

### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

[18]

## Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.

[18]

| 28[f] receiving external audio from a microphone; and | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones with microphones for receiving the external audio: |
|---|---|
| | ### Level U Pro |
| | The 13mm Dynamic and 13mm Piezo speaker units deliver high-quality, clear sound. The dual-microphone noise reduction and echo cancellation reduce outside sound interference and feedback during calls. [21] |
| | ### Level U Pro ANC |
| | ## About This Product |
| | Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers. [19] |
| | With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises. [20] |

| | |
|---|---|
| **28[g]** adjusting a volume level in the first earphone and the second earphone of one of the transmitted audio and the external audio. | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") comprise a set of control buttons for adjusting a volume level of the transmitted audio in the first earphone and the second earphone:<br><br>Level U Pro<br><br># Easy to Use controls<br><br>Control volume, play/pause, track advance and phone from easy to use control buttons.  [21]<br><br>| Button | Short Press | Long Press |<br>|---|---|---|<br>| (+) | Volume UP | REW (1sec) |<br>| (−) | Volume DOWN | FWD (1sec) |<br>| ⬭ | Play/Pause | Pairing (3sec) |  [21]<br><br>Level U Pro ANC |

242



[18]

| Volume buttons | · Press to adjust the volume during a call or media playback. [18] |

| Claim 29 | Evidence |
|---|---|
| **29[pre]** An audio system comprising: | The preamble is not limiting. |
| **29[a]** a first earphone; | The Samsung and Level U Pro Active Noise Canceling ("ANC") comprise a first earphone:  [10] |

| **29[b]** a second earphone removably coupled to the first earphone; | The Samsung Level U Pro ANC comprise a second earphone removably coupled to the first earphone:<br><br><br><br>[10] |
|---|---|

245

| | |
|---|---|
| **29[c]** an electronic device controller configured to receive an activation signal when a magnetic decoupling is detected as the second earphone is removed and decoupled from the first earphone, wherein the activation signal causes transmitted audio be played in the first earphone and the second earphone, wherein the electronic device controller receives a deactivation signal when the second earphone is again coupled to the first earphone, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone; | The Samsung Level U Pro ANC comprises an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:<br><br>On information and belief, the Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]<br><br><br>[11] |

246

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

Level U Pro ANC

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro ANC (0000) from the list.

On information and belief, when the earphones of the Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal.  On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

Level U Pro ANC

248



[14]

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

| | |
|---|---|
| **29[d]** a first set of controls for controlling a volume of the transmitted audio played by the first and second earphones; and | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a first set of controls for controlling a volume of the transmitted audio played by the first and second earphones:<br><br><br>[18]<br><br>**Volume buttons**  ·  Press to adjust the volume during a call or media playback. [18] |
| **29[e]** a second set of controls for controlling a volume of external audio played by the first and second earphones. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprise a second set of controls for controlling a volume of external audio played by the first and second earphones: |



[18]

| Multifunction/Talk button | · Press and hold for one second to reject a call or to activate ambient sound mode. |
|---|---|

[18]

## Using ambient sound mode

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

Press and hold the Multifunction button for one second to activate the feature. The headset will beep and vibrate when the feature is turned on.

Press and hold the Multifunction button for one second again to deactivate the feature. The headset will beep after the feature is turned off.

· In ambient sound mode, feedback may occur when adjusting the volume or touching the microphone.

· In ambient sound mode, you can still hear loud external sounds.

[18]

| Claim 30 | Evidence |
|---|---|
| **30** The audio system of claim 29, wherein the transmitted audio comprises audio received from an electronic device. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones for playing transmitted audio received from an electronic device connected through Bluetooth:<br><br>**Connecting via Bluetooth**<br><br>**Bluetooth**<br><br>**About Bluetooth**<br><br>Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.<br><br>[18]<br><br>**Connecting to other devices**<br><br>This headset is compatible with Bluetooth-enabled devices.<br><br>1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.<br><br>When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.<br><br>2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.<br><br>For more information, refer to the other device's user manual.<br><br>3  **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.<br><br>[18] |

| Claim 31 | Evidence |
|---|---|
| **31.** The audio system of claim 29, wherein the external audio comprises surrounding ambient noise received from an external microphone. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones with external microphones for receiving the surrounding ambient noise:<br><br>About This Product<br><br>Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers.<br>[19]<br><br>With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises.<br>[20] |

| Claim 32 | Evidence |
|---|---|
| **32.** The audio system of claim 31, wherein the second set of controls control the volume level of ambient noise received through the earphones. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones with a second set of controls to control the volume level of ambient noise received through the earphones.: <br><br> ## About This Product <br><br> Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers. <br> [19] <br><br> With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises. <br> [20] |



[18]

| Multifunction/<br>Talk button | • Press and hold for one second to reject a call or to activate ambient sound mode. |
|---|---|

[18]

## Using ambient sound mode

Hear your surroundings while you are listening to music outdoors, so you can quickly detect any potentially dangerous situations.

Press and hold the Multifunction button for one second to activate the feature. The headset will beep and vibrate when the feature is turned on.

Press and hold the Multifunction button for one second again to deactivate the feature. The headset will beep after the feature is turned off.

🔔 • In ambient sound mode, feedback may occur when adjusting the volume or touching the microphone.

• In ambient sound mode, you can still hear loud external sounds.

[18]

| Claim 33 | Evidence |
|---|---|
| **33.** The audio system of claim 29, wherein the audio system comprises a noise canceling element. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a noise canceling element:<br><br>About This Product<br><br>Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers.<br>[19]<br><br>With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises.<br>[20] |

| Claim 34 | Evidence |
|---|---|
| **34.** The audio system of claim 29, wherein the first earphone comprises a magnet and the second earphone comprises a magnetically attractable surface. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a first earphone with a magnet and a second earphone with a magnetically attractable surface:<br><br><br>[10]<br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br><br><br>[10] |

| Claim 35 | Evidence |
|---|---|
| **35.** The audio system of claim 29, wherein the first earphone comprises a first magnet and the second earphone comprises a second magnet. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprise a set of earphones, wherein the first earphone comprises a first magnet and the second earphone comprises a second magnet:<br><br><br>[10]<br><br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>[10] |

| Claim 36 | Evidence |
|---|---|
| **36[pre]** A method of operating an electronic device comprising: | The preamble is not limiting. |
| **36[a]** detecting an engagement status of a first earphone with a second earphone; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") can detect the engagement status of a magnetic surface of a first earphone with a magnetically attractable surface of a second earphone:<br><br>Level U Pro       Level U Pro ANC<br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>    <br><br>[9]          [10]<br><br>Level U Pro |

# Style & Performance

The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[21]

<u>Level U Pro ANC</u>

260

| | |
|---|---|
| | **Style & Performance**<br><br>The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[19] |
| **36[b]** sending an activation signal to an electronic device when a magnetic decoupling is detected as the first earphone is removed and decoupled from the second earphone, wherein the activation signal causes transmitted audio to be played in the first earphone and the second earphone; | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/ $I^2$C integrated circuit communication protocol port.   The figure below shows the architecture of the CSR SoC. On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12] |



[11]

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

<u>Level U Pro</u>                                                 <u>Level U Pro ANC</u>

## Connecting via Bluetooth

### Bluetooth

About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap **Samsung Level U Pro (0000)** from the list.

## Connecting via Bluetooth

### Bluetooth

About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal.   On

263

information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

<u>Level U Pro</u>



[13]

<u>Level U Pro ANC</u>



[14]

| | |
|---|---|
| **36[c]** sending a deactivation signal to the electronic device when the first earphone is again coupled to the second earphone, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone; | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/ $I^2$C integrated circuit communication protocol port.   The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives a deactivation signal when the earphones are magnetically coupled. [12]<br><br><br>[11] |

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

|  | Level U Pro | Level U Pro ANC |
|---|---|---|
|  | ## Connecting via Bluetooth | ## Connecting via Bluetooth |

### Level U Pro

#### Bluetooth

About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

#### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices. For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro (0000) from the list.

### Level U Pro ANC

#### Bluetooth

About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

#### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices. For more information, refer to the other device's user manual.

3 **Other device** Tap Samsung Level U Pro ANC (0000) from the list.

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

### Level U Pro



[13]

## <u>Level U Pro ANC</u>



[14]

| | |
|---|---|
| **36[d]** operating the electronic device based upon the engagement status of the first earphone with the second earphone; | The Samsung Level U Pro and Level U Pro ANC can operate (e.g. Controlling calls and music functionality) the electronic device based upon the engagement status of the magnetic surface of the first earphone with the magnetically attractable surface of the second earphone;<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/$I^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]<br><br><br>[11] |

[12]

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal. On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

Level U Pro



[13]

Level U Pro ANC



[14]

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

274

| | |
|---|---|
| **36[e]**  receiving the transmitted audio from the electronic device; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones for playing transmitted audio received from an electronic device connected through Bluetooth: |

Level U Pro

# Connecting via Bluetooth

## Bluetooth

### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

[22]

## Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3  **Other device** Tap **Samsung Level U Pro (0000)** from the list.

[22]

275

# Connecting via Bluetooth

## Bluetooth

### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

[18]

## Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

For more information, refer to the other device's user manual.

3 **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.

[18]

276

| | |
|---|---|
| **36[f]** receiving external audio from a microphone; and | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a set of earphones with a microphone for receiving external audio:<br><br>**Level U Pro**<br><br>The 13mm Dynamic and 13mm Piezo speaker units deliver high-quality, clear sound. The dual-microphone noise reduction and echo cancellation reduce outside sound interference and feedback during calls. [21]<br><br>**Level U Pro ANC**<br><br>About This Product<br><br>Level U PRO with Active Noise Cancellation eliminates unwanted ambient noise from your music. When the headset detects outside noise, it produces an opposing sound wave designed to counteract the incoming noise, cancelling it out so that only your audio reaches the speakers.<br>[19]<br><br>With its powerful ANC technology and two-way speakers, the LEVEL U Pro ANC provides studio-quality sound. Rather than just drowning out ambient sounds around you, the LEVEL U Pro ANC actually picks up those external noises with two external microphones, analyzes them, and creates inverted sound waves to cancel out those noises, reducing the noise going into your ears. The active noise cancellation of the LEVEL U Pro ANC is up to 90 percent effective, reducing outside sounds by up to 20 dB. The result means you can enjoy crystal-clear sound, without the distraction of exterior noises.<br>[20] |

| **36[g]** adjusting a volume level in the first earphone and the second earphone of one of the transmitted audio and the external audio. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprise a set of control buttons for adjusting a volume level of the transmitted audio in the first earphone and the second earphone: |
|---|---|

Level U Pro

# Easy to Use controls

Control volume, play/pause, track advance and phone from easy to use control buttons.

[21]

| Button | Short Press | Long Press |
|---|---|---|
| ⊕ | Volume UP | REW (1sec) |
| ⊖ | Volume DOWN | FWD (1sec) |
| ⬭ | Play/Pause | Pairing (3sec) |

[21]

Level U Pro ANC

278



[18]

| **Volume buttons** | · Press to adjust the volume during a call or media playback. |

[18]

| Claim 37 | Evidence |
|---|---|
| **37.** The method of claim 36, wherein the first earphone is coupled to the second earphone by a magnet. | The Samsung Level U Pro and Level U Pro ANC comprise a first earphone coupled to the second earphone by a magnet:<br><br>Level U Pro    Level U Pro ANC<br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>    <br><br>[9]    [10] |

| Claim 38 | Evidence |
|---|---|
| **38[pre]** A method of operating an electronic device comprising: | The preamble is not limiting. |
| **38[a]** detecting an engagement status of a magnetic surface of a first earphone with a magnetically attractable surface of a second earphone; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") can detect the engagement status of a magnetic surface of a first earphone with a magnetically attractable surface of a second earphone:<br><br>Level U Pro         Level U Pro ANC<br><br><br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>[9]           [10]<br><br>Level U Pro |

# Style & Performance

The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[21]

**Level U Pro ANC**

| | |
|---|---|
| | **Style & Performance**<br><br>The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[19] |
| **38[b]** sending an activation signal to an electronic device when a magnetic decoupling is detected as the magnetic surface of the first earphone is removed and decoupled from the magnetically attractable surface of the second earphone, wherein the activation signal causes transmitted audio to be played in the first earphone and the second earphone; | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12] |



[11]

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

<u>Level U Pro</u>

<u>Level U Pro ANC</u>

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 `Headset` Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

  When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 `Other device` Activate the Bluetooth feature and search for Bluetooth devices.

  For more information, refer to the other device's user manual.

3 `Other device` Tap Samsung Level U Pro (0000) from the list.

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 `Headset` Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

  When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 `Other device` Activate the Bluetooth feature and search for Bluetooth devices.

  For more information, refer to the other device's user manual.

3 `Other device` Tap Samsung Level U Pro ANC (0000) from the list.

285

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal. On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

<u>Level U Pro</u>



[13]

Level U Pro ANC



[14]

| **38[c]** sending a deactivation signal to the electronic device when the magnetic surface of the first earphone is again coupled to the magnetically attractable surface of the second earphone, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone; and | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected: |
|---|---|
| | On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/I$^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives a deactivation signal when the earphones are magnetically coupled. [12] |
| |  |
| | [11] |

288

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

Level U Pro                                        Level U Pro ANC

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3 **Other device** Tap **Samsung Level U Pro (0000)** from the list.

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3 **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

Level U Pro



[13]

## Level U Pro ANC



[14]

| | |
|---|---|
| **38[d]** operating the electronic device based upon the engagement status of the magnetic surface of the first earphone with the magnetically attractable surface of the second earphone. | The Samsung Level U Pro and Level U Pro ANC can operate (e.g. Controlling calls and music functionality) the electronic device based upon the engagement status of the magnetic surface of the first earphone with the magnetically attractable surface of the second earphone;<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port.   The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]<br><br><br><br>[11] |

CSR8675 Block Diagram

[12]

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal.  On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

<u>Level U Pro</u>



[13]

Level U Pro ANC



[14]

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

| Claim 39 | Evidence |
|---|---|
| **39[pre]** An audio system comprising: | The preamble is not limiting. |
| **39[a]** a first earphone; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") comprise a first earphone: |

Level U Pro                                    Level U Pro ANC



[9]                                            [10]

297

| **39[b]** a second earphone removably coupled to the first earphone; and | The Samsung Level U Pro and Level U Pro ANC comprise a second earphone removably coupled to the first earphone:<br><br>Level U Pro<br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>[9]<br><br>Level U Pro ANC<br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>[10] |

| | |
|---|---|
| **39[c]** an electronic device controller configured to receive and activation signal when a magnetic decoupling is detected as the second earphone is removed and decoupled from the first earphone, wherein the activation signal causes transmitted audio to be played in the first earphone and the second earphone, wherein the electronic device controller receives a deactivation signal when the second earphone is again coupled to the first earphone, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone. | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC"). The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer. On information and belief, the CSR SoC also contains a Kalimba digital signals processor. On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port. The figure below shows the architecture of the CSR SoC. On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12] |



[11]

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

<u>Level U Pro</u>

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap Samsung Level U Pro (0000) from the list.

<u>Level U Pro ANC</u>

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap Samsung Level U Pro ANC (0000) from the list.

301

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal. On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

<u>Level U Pro</u>



[13]

### Level U Pro ANC



[14]

| | |
|---|---|
| | On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones. |

| Claim 40 | Evidence |
|---|---|
| **40[pre]** A method of operating an electronic device comprising: | The preamble is not limiting. |
| **40[a]** detecting an engagement status of a first earphone with a second earphone; | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") can detect the engagement status of a magnetic surface of a first earphone with a magnetically attractable surface of a second earphone:<br><br>Level U Pro                                    Level U Pro ANC<br><br><br><br>Connecting the earphones<br>Connect the earphones to each other using the built-in magnets.<br><br>[9]                                               [10]<br><br>Level U Pro |

# Style & Performance

The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[21]

Level U Pro ANC

| | |
|---|---|
| | **Style & Performance**<br><br>The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[19] |
| **40[b]**  sending an activation signal to an electronic device when a magnetic decoupling is detected as the first earphone is removed and decoupled from the second earphone, wherein the activation signal causes transmitted audio to be played in the first earphone and the second earphone; | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/ $I^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12] |



[11]

CSR8675 Block Diagram

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

<u>Level U Pro</u>

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth-enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap Samsung Level U Pro (0000) from the list.

<u>Level U Pro ANC</u>

## Connecting via Bluetooth

### Bluetooth

**About Bluetooth**

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth-enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap Samsung Level U Pro ANC (0000) from the list.

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal. On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

Level U Pro



[13]

Level U Pro ANC



[14]

| **40[c]** sending a deactivation signal to the electronic device when the first earphone is again coupled to the second earphone, wherein the deactivation signal causes the transmitted audio to stop being played in the first earphone and the second earphone; and | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected:<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/$I^2$S output ports and one SPI/ $I^2$C integrated circuit communication protocol port.   The figure below shows the architecture of the CSR SoC.   On information and belief, the CSR SoC receives a deactivation signal when the earphones are magnetically coupled. [12]<br><br><br>[11] |

[12]

On information and belief, the LUP products are compatible with Samsung Galaxy products, all of which also include a controller configured to receive Bluetooth signals, including without limitation:  Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+.  On information and belief, the LUP ANC products are compatible Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, and Galaxy S10e.  On information and belief, the LUP and LUP ANC products are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

Level U Pro                                        Level U Pro ANC

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap **Samsung Level U Pro (0000)** from the list.

## Connecting via Bluetooth

### Bluetooth

#### About Bluetooth

Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables.

### Connecting to other devices

This headset is compatible with Bluetooth-enabled devices.

1  **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.

   When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode.

2  **Other device** Activate the Bluetooth feature and search for Bluetooth devices.

   For more information, refer to the other device's user manual.

3  **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list.

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

<u>Level U Pro</u>

314



[13]

## Level U Pro ANC



[14]

| | |
|---|---|
| **40[d]** operating the electronic device based upon the engagement status of the first earphone with the second earphone. | The Samsung Level U Pro and Level U Pro ANC can operate (e.g. Controlling calls and music functionality) the electronic device based upon the engagement status of the magnetic surface of the first earphone with the magnetically attractable surface of the second earphone;<br><br>On information and belief, the Level U Pro and Level U Pro ANC products use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I²S output ports and one SPI/I²C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]<br><br><br>[11] |

[12]

On information and belief, when the earphones of the Level U Pro and Level U Pro ANC are disconnected from each other, the CSR SoC receives an activation signal.   On information and belief, the activation signal causes transmitted audio to be played in the first earphone and the second earphone.

Level U Pro



[13]

Level U Pro ANC



[14]

On information and belief, when the magnetic earphones are coupled to each other, the CSR SoC receives a deactivations signal.  On information and belief, the deactivation signal causes audio to stop playing in the first and second earphones.

| Claim 43 | Evidence |
|---|---|
| **43.** The audio system of claim 5 wherein the activation signal causes the electronic device to start transmitting audio to be played in the headphones. | Samsung Galaxy Buds comprise a headphones controller coupled to receive an activation signal causing the electronic device to start transmitting audio to be played in the headphones:<br><br># Quick pairing out of the box<br><br>Just pop open and pair. Galaxy Buds work right out of the box, connecting with your Galaxy devices in an instant via Bluetooth to get you up to the beat and well on your way. 1,2,3<br><br>[6] |

**Android & iOS compatible**

The Galaxy Buds pair with both Android and iOS compatible smartphones via Bluetooth connection.[4]

[7]

Also, Samsung Galaxy buds detect if one or more earbuds are decoupled from one or more of the magnetically attractable surfaces attached to the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnetically attractable surfaces attached to the holder body, the music stops automatically.

The **Galaxy Buds** will detect how many earbuds are in its case and will switch the sound output to mono or stereo based on how many earbuds are in the charging case. If you put both **Galaxy Buds** into the charging case, the music will stop automatically.



Stereo          Mono

[24]

Samsung Galaxy Buds+ comprise a headphones controller coupled to receive an activation signal causing the electronic device to start transmitting audio to be played in the headphones:

Galaxy Buds+ also include Samsung S2MUA01X chips. On information and belief, the S2MUA01X chips include a controller unit.



[32

On information and belief, BCM43015 System on Chip includes a control unit and a sensor hub.  On information and belief, the Samsung S2MUA01X chips and the control unit and/or sensor hub of the BCM43015 System on Chip are responsive to a magnetic Hall sensor:

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

324



[31]



[32]

Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the holder body comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops.

The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds+ earphones are deactivated and cannot play audio when in the holder.


Galaxy Buds+ are compatible with smartphones and tablets running Android 5.0 or higher, including without limitation Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, Galaxy S10e, S20, S20+ and S20 Ultra 5G.

In addition, Galaxy Buds+ are compatible with iPhone7 or later models with iOS10 of higher.

[10] Compatible with smartphones and tablet running Android 5.0 or higher and with more than 1.5GB of RAM. Also compatible with iPhone7 or later models with the iOS 10 or higher. [34]

|  |  |
|---|---|

| Claim 44 | Evidence |
|---|---|
| **44.** The audio system of claim 43 wherein a deactivation signal is sent when one or more of the magnetic second surfaces is again coupled within one of the one or more magnetically attractable first surfaces and further wherein the deactivation signal causes the electronic device to stop transmitting audio to be played in the headphones. | Samsung Galaxy Buds comprise a headphones controller coupled to receive a deactivation signal when one or more of the magnetic second surfaces is again coupled to one of the one or more magnetically attractable first surfaces and further wherein the deactivation signal causes the electronic device to stop transmitting audio to be played in the headphones:<br><br>The **Galaxy Buds** will detect how many earbuds are in its case and will switch the sound output to mono or stereo based on how many earbuds are in the charging case. If you put both **Galaxy Buds** into the charging case, the music will stop automatically.<br><br><br><br>[24]<br><br>Samsung Galaxy Buds+ comprise a headphones controller coupled to receive a deactivation signal when one or more of the magnetic second surfaces is again coupled to one of the one or more magnetically attractable first surfaces and further wherein the deactivation signal causes the electronic device to stop transmitting audio to be played in the headphones: |

328

Galaxy Buds+ also include Samsung S2MUA01X chips. On information and belief, the S2MUA01X chips include a controller unit.



[32

On information and belief, BCM43015 System on Chip includes a control unit and a sensor hub.  On information and belief, the Samsung S2MUA01X chips and the control unit and/or sensor hub of the BCM43015 System on Chip are responsive to a magnetic Hall sensor:

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

330



[31]



[32]

| | |
|---|---|
| | Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the magnets comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops.<br><br>The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds+ earphones are deactivated and cannot play audio when in the holder.<br><br>Galaxy Buds+ are compatible with smartphones and tablets running Android 5.0 or higher, including without limitation Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, Galaxy S10e, S20, S20+ and S20 Ultra 5G.<br><br>In addition, Galaxy Buds+ are compatible with iPhone7 or later models with iOS10 of higher.<br><br>[10] Compatible with smartphones and tablet running Android 5.0 or higher and with more than 1.5GB of RAM. Also compatible with iPhone7 or later models with the iOS 10 or higher. [34] |
| Claim 45 | Evidence |
| **45.** The audio system of claim 1 wherein the activation signal is sent wirelessly. | Samsung Galaxy Buds comprise a headphones controller with Bluetooth pairing technology to send the activation signal wirelessly: |

## Broadcom Wireless Audio Chip Powers Samsung Galaxy Buds

**Broadcom BCM43014 delivers premium Bluetooth sound and unmatched battery life in ultra-compact footprint**

SAN JOSE, Calif., Feb. 28, 2019 (GLOBE NEWSWIRE) -- Broadcom Inc. (NASDAQ: AVGO) today unveiled the BCM43014 chip enabling the Samsung Galaxy Buds to deliver a premium audio experience. The BCM43014 is a highly-integrated low power SoC that brings together unique innovations in Bluetooth, audio DSP and sensor hub technology to render rich audio while delivering up to six hours of Bluetooth streaming or five hours of voice calls. [4]

Built on Broadcom's unique combination of deep semiconductor expertise and wireless audio engineering, the BCM43014 is engineered to meet the design requirements for in-ear wireless devices. In addition to Bluetooth 5, the chip is packed with innovative features and capabilities that:

- Allows for seamless integration of advanced acoustic algorithms that reduce background noise to deliver rich sound.
- Delivers synchronized audio to both the earbuds for various daily user scenarios using Broadcom's InConcert® technology to create a truly wireless experience.
- Innovates with a holistic low power system-level design that spans radio design, protocol optimization and software techniques.
- Seamlessly connects both Buds with phone and quickly switches between devices with Broadcom's advanced Bluetooth pairing technology to deliver continuity of content for the consumer.
- Enables the integration of the multi-dimensional sensors behind the convenient and intuitive user interface on the Buds.
- Facilitates slim earbud design by integrating multiple audio components into a single chip and reducing the overall bill of materials. [4]

# Quick pairing out of the box

Just pop open and pair. Galaxy Buds work right out of the box, connecting with your Galaxy devices in an instant via Bluetooth to get you up to the beat and well on your way. [1,2,3]

[6]

On information and belief, Galaxy Buds are also compatible with other smartphones, including without limitation Apple iPhones, which also include a controller for receiving Bluetooth signals.

**Android & iOS compatible**

The Galaxy Buds pair with both Android and iOS compatible smartphones via Bluetooth connection.[4]

[7]

335

Samsung Galaxy Buds comprise a headphones controller with Bluetooth pairing technology to send the activation signal wirelessly:

Galaxy Buds+ also include Samsung S2MUA01X chips. On information and belief, the S2MUA01X chips include a controller unit.



[32

On information and belief, BCM43015 System on Chip includes a control unit and a sensor hub.  On information and belief, the Samsung S2MUA01X chips and the control unit and/or sensor hub of the BCM43015 System on Chip are responsive to a magnetic Hall sensor:

The internal structure of the new Buds+ is similar to last year's model, but the 2020 entry does make better use of all of its internal space. This time, the 0.315Wh battery is supplied by EVE instead of Varta, and it, together with the main printed circuit board (PCB), reside in one half of the earbud. The other half of each earbud contains the charging contacts, an interfacing microphone, a proximity sensor, as well as the upgraded drivers which are reportedly more difficult to remove (and haven't been in the video). [26]



[25]

337



[31]



[32]

Also, Samsung Galaxy Buds+ detect if one or more earbuds are decoupled from one or more of the magnets comprising the holder body and accordingly control the sound output in the earbuds. Further, if one or more earbuds are coupled to one or more of the magnets comprising the holder body, the audio stops.

The electronic device controller receives a deactivation signal when one or more of the set of earphones are coupled to one or more of the magnets.  When paired to a Bluetooth device that is playing audio, one or both Galaxy Buds+ earphones are deactivated and cannot play audio when in the holder.

Galaxy Buds+ are compatible with smartphones and tablets running Android 5.0 or higher, including without limitation Samsung Galaxy products, all of which include a controller configured to receive Bluetooth signals, including without limitation: Galaxy S7 Edge; Galaxy S7; Galaxy S8; and Galaxy S8+; Galaxy S9; Galaxy S9+; Galaxy Note 5Galaxy Note 8; Galaxy Note 9; Galaxy A6, Galaxy S10, Galaxy S10 Plus, Galaxy S10e, S20, S20+ and S20 Ultra 5G.

In addition, Galaxy Buds+ are compatible with iPhone7 or later models with iOS10 of higher.

[10] Compatible with smartphones and tablet running Android 5.0 or higher and with more than 1.5GB of RAM. Also compatible with iPhone7 or later models with the iOS 10 or higher. [34]

340

| Claim 46 | Evidence |
|---|---|
| **46.** The method of claim 28 wherein the activation signal causes an incoming call to a telephone to be answered and connected and further wherein the transmitted audio comprises audio for the call. | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected and the activation signal further causes an incoming call to a telephone to be answered and further the transmitted audio comprises audio for the call: <br><br> <u>Level U Pro</u> <br><br> # Style & Performance <br><br> The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.     [21] <br><br> <u>Level U Pro ANC</u> |

# Style & Performance

The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[19]

342

| Claim 47 | Evidence |
|---|---|
| **47.** The method of claim 46 wherein the deactivation signal causes an ongoing call through the telephone to be terminated. | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected and the deactivation signal further causes an ongoing call through the telephone to be terminated: |

Level U Pro

# Style & Performance

The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[21]

343

<u>Level U Pro ANC</u>

# Style & Performance

The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. <u>Control call and music functionality by way of smart magnets in the earbuds</u> - start/pause music <u>and answer/end calls when magnets are connected or disconnected</u>. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[19]

| Claim 48 | Evidence |
|---|---|
| **48.** The method of claim 28 wherein the activation signal causes the electronic device to start transmitting audio to be played in the headphones. | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected and the activation signal further causes the electronic device to start transmitting audio to be played in the headphones:<br><br>Level U Pro<br><br># Style & Performance<br><br>The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[21] |

Level U Pro ANC

# Style & Performance

The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[19]

| Claim 49 | Evidence |
|---|---|
| **49.** The method of claim 48 wherein the deactivation signal causes the electronic device to stop transmitting audio to be played in the headphones. | The Samsung Level U Pro and Level U Pro ANC comprise an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected and the deactivation signal further causes the electronic device to stop transmitting audio to be played in the headphones:<br><br>Level U Pro<br><br># Style & Performance<br><br>The ergonomic around the neck design of Level U PRO provides a comfortable way to keep your music and calls accessible. Ultra-soft, ergonomic ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality intuitively by way of smart magnets in the earbuds – start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[21] |

<u>Level U Pro ANC</u>

# Style & Performance

The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[19]

| Claim 50 | Evidence |
|---|---|
| **50.** The method of claim 28 wherein the activation signal is sent wirelessly. | The Samsung Level U Pro and Level U Pro Active Noise Canceling ("ANC") comprises a CSR8675 Bluetooth audio systems on chip to send activation signal wirelessly:<br><br>On information and belief, the Level U Pro ANC product use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I²S output ports and one SPI/ I²C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12] |



[11]

CSR8675 Block Diagram

[12]

| Level U Pro | Level U Pro ANC |
|---|---|
| ## Connecting via Bluetooth | ## Connecting via Bluetooth |
| ### Bluetooth | ### Bluetooth |
| **About Bluetooth** | **About Bluetooth** |
| Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables. | Bluetooth is a wireless technology standard that uses a 2.4 GHz frequency to connect to various devices over short distances. It can connect and exchange data with other Bluetooth enabled devices, such as mobile devices, computers, printers, and other digital home appliances, without connecting via cables. |
| ### Connecting to other devices | ### Connecting to other devices |
| This headset is compatible with Bluetooth-enabled devices. | This headset is compatible with Bluetooth-enabled devices. |
| 1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.<br>When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode. | 1 **Headset** Slide the Power switch to the right and hold it for approximately three seconds to enter Bluetooth pairing mode.<br>When you turn on the headset for the first time, it automatically enters Bluetooth pairing mode. |
| 2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.<br>For more information, refer to the other device's user manual. | 2 **Other device** Activate the Bluetooth feature and search for Bluetooth devices.<br>For more information, refer to the other device's user manual. |
| 3 **Other device** Tap **Samsung Level U Pro (0000)** from the list. | 3 **Other device** Tap **Samsung Level U Pro ANC (0000)** from the list. |

351

| Claim 51 | Evidence |
|---|---|
| **51.** The audio system of claim 29 wherein the activation signal causes an incoming call to a telephone to be answered and connected and further wherein the transmitted audio comprises audio for the call. | The Samsung Level U Pro ANC comprises an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected and the activation signal further causes an incoming call to a telephone to be answered and further the transmitted audio comprises audio for the call:<br><br>Level U Pro ANC<br><br>**Style & Performance**<br><br>The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[19] |

| Claim 52 | Evidence |
|---|---|
| **52.** The audio system of claim 51 wherein the deactivation signal causes an ongoing call through the telephone to be terminated. | The Samsung Level U Pro ANC comprises an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected and the deactivation signal further causes an ongoing call through the telephone to be terminated: |

Level U Pro ANC

## Style & Performance

The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.

[19]

Case 2:19-cv-00387-JRG   Document 37-4   Filed 08/04/20   Page 355 of 359 PageID #:  1010

| Claim 53 | Evidence |
|---|---|
| **53.** The audio system of claim 30 wherein the activation signal causes the electronic device to start transmitting audio to be played in the headphones. | The Samsung Level U Pro ANC comprises an electronic device controller configured to receive an activation signal when a magnetic decoupling of the headphones is detected and the activation signal further causes the electronic device to start transmitting audio to be played in the headphones.<br><br> Level U Pro ANC <br><br>## Style & Performance<br><br>The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[19] |

| Claim 54 | Evidence |
|---|---|
| **54.** The audio system of claim 53 wherein the deactivation signal causes the electronic device to stop transmitting audio to be played in the headphones. | The Samsung Level U Pro ANC comprises an electronic device controller configured to receive a deactivation signal when a magnetic coupling of the headphones is detected and the deactivation signal further causes the electronic device to stop transmitting audio to be played in the headphones:<br><br>Level U Pro ANC<br><br>**Style & Performance**<br><br>The ergonomic, around the neck design of Level U PRO ANC provides a comfortable way to keep your music and calls accessible. Ultra-soft ear gels and splash & sweat resistance** make it ideal for the active listener. Control call and music functionality by way of smart magnets in the earbuds - start/pause music and answer/end calls when magnets are connected or disconnected. You can even share your music with Sound Share, a feature that allows you to share audio with a second Level U PRO ANC, Level U PRO, Level On Wireless PRO or Level On Wireless headset.<br><br>[19] |

| Claim 55 | Evidence |
|---|---|
| **55.** The audio system of claim 29 wherein the activation signal is sent wirelessly. | The Samsung Level U Pro Active Noise Canceling ("ANC") comprises a CSR8675 Bluetooth audio systems on chip to send activation signal wirelessly:<br><br>On information and belief, the Level U Pro ANC product use CSR8675 Bluetooth audio systems on chip ("CSR SoC").  The CSR SoC contains a micro-controller unit, which is an 80MHz programmable reduced instruction set computer.  On information and belief, the CSR SoC also contains a Kalimba digital signals processor.  On information and belief, the CSR SoC also includes a SPDIF and two PCM/I$^2$S output ports and one SPI/ I$^2$C integrated circuit communication protocol port.  The figure below shows the architecture of the CSR SoC.  On information and belief, the CSR SoC receives an activation signal when the earphones are magnetically decoupled. [12]<br><br><br><br>[11] |



[12]