# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SNIK LLC | § | |
| | § | |
| v. | § | Case No. 2:19-CV-0387-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
(Referred for Markman only)
October 23, 2020

**OPEN:   9:00 am**                                                          **ADJOURN: 11:05 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | John Kyle |
| ATTORNEY FOR DEFENDANTS: | Patrick Reidy<br>Jin Park<br>Melissa Smith |
| TECHNICAL ADVISOR: | Shane Nelson |
| LAW CLERK: | Nate Legum |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   John Kyle announced ready.   Melissa Smith announced ready and introduced co-counsel.

The Court heard argument on a term by term basis.   John Kyle presented argument on behalf of Plaintiff.   Patrick Reidy presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.