# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SNIK LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00387-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Snik LLC ("Snik") and Defendants Samsung Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Samsung") (together with Snik, the "Parties") Joint Motion for Extension and Amendments to the DCO (the "Motion"). (Dkt. No. 67). In the same, the Parties ask the Court for a ninety (90) day continuance of all remaining dates in the Court's Docket Control Order (Dkt. No. 52). Having considered the Motion, and in view of the matters discussed in the November 18, 2020 telephonic hearing, the Court is of the opinion that the Motion should be and hereby is **GRANTED-AS-MODIFIED**.

Accordingly, it is **ORDERED** that jury selection in the above-captioned matter is reset for **August 2, 2021 at 9:00 a.m.** and the pretrial conference is reset for **July 8, 2021 at 9:00 a.m.**, both to take place in Marshall, Texas. The Parties are **ORDERED** to meet and confer and submit within **fourteen (14) days** a proposed Amended Docket Control Order reflecting the aforementioned dates and proposed dates for all interim deadlines. Absent extraordinary circumstances, the Parties should not expect any further extensions.

2

**So ORDERED and SIGNED this 20th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE