IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SNIK LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:19-CV-00387-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Court issues this Order *sua sponte*. It is hereby **ORDERED** that Defendants' Motion to Strike Plaintiff's Second Amended Infringement Contentions (Dkt. No. 84) is **SET** for an in-person hearing **Friday, March 12, 2021 at 3:00 p.m. (CT)** in Marshall, Texas.

It is further **ORDERED** that Lead and local counsel for the parties shall meet and confer in-person in an effort to resolve these disputes beginning at **9:00 a.m. (CT)** on **March 12, 2021** and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

**So ORDERED and SIGNED this 25th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE