**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

**DATE:   February 26, 2021**

**JUDGE:**   **JOHN D. LOVE**                              **REPORTER:**

**LAW CLERK:**   Jenna Gillingham              **COURTROOM DEPUTY:** Sharon Baum

| | |
|---|---|
| **SNIK LLC**<br><br>**V**<br><br>**SAMSUNG ELECTRONICS CO., LTD., ET AL.** | **CASE NO**: **2:19cv387**<br><br>**HOTLINE CALL** |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
|---|---|
| John Kyle | Jin-Suk Park |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**   1:28                                              **ADJOURN:**   2:00

| TIME: | MINUTES: |
|---|---|
| 1:28 | Case called.   The parties announced they are on the line and ready. |
|  | Mr. Park begins his discussion of the problems they are having. |
| 1:34 | Mr. Kyle begins his response. |
|  | Judge makes comments and asks questions. |
| 1:38 | Mr. Park makes a comment and asks a question. |
|  | Mr. Kyle responds. |
|  | Judge asks how that brings in a work product objection. |
|  | Mr. Kyle responds. |

| TIME: | MINUTES: |
|---|---|
| 1:45 | Judge asks question of Mr. Park. |
|  | Mr. Park responds they could not go any further. |
| 1:47 | Judge asks question of Mr. Kyle. |
|  | Mr. Kyle responds. |
|  | Judge makes ruling. |
| 1:50 | Mr. Park responds |
|  | Mr. Kyle responds. |
| 1:51 | Judge makes additional remarks. |
|  | Mr. Park asks for clarity on the question. |
|  | Judge states objection that has been raised is overruled. |
|  | Mr. Park asks an additional question. |
| 1:55 | Mr. Kyle responds. |
| 1:58 | Mr. Park responds. |
|  | Judge is going to overrule this objection. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |