IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SNIK LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | §<br>§<br>§　CIVIL ACTION NO. 2:19-CV-00387-JRG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

# HOTLINE ORDER

On February 26, 2021, the court held a hotline hearing in this matter regarding objections raised during the deposition of the inventor of the patents-in-suit, Mr. Honeycutt. Specifically, the court **OVERRULED** Plaintiff's objection and corresponding instruction not to answer on the grounds of privilege and/or work product as to Defendants' question regarding financial interests in the patents-in-suit posed to Mr. Honeycutt. The court also **OVERRULED** Plaintiff's objection to more than one attorney carrying out the multiday deposition of Mr. Honeycutt.

**So ORDERED and SIGNED this 26th day of February, 2021.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE