IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SNIK LLC §  *Plaintiff*, § § v. § SAMSUNG ELECTRONICS CO., LTD. et al § *Defendants*. § | CASE NO.  2:19-cv-00387-JRG |

**REPORT OF MEDIATION**

The above-captioned case was mediated via Zoom video conference by David Folsom on March 2, 2021, between Plaintiff, Snik LLC, and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.  After additional follow up with the undersigned mediator, the parties have reached a settlement.

Signed this 8th day of March 2021.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 8th day of March 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom*
> David Folsom

28311541v.1 141408/00832